FREEMAN MATHIS & GARY, LLP
Marc J. Shrake, SBN 219331
mshrake@fmglaw.com
Kristin A. Ingulsrud, SBN 294532
kristin.ingulsrud@fmglaw.com
550 South Hope Street, Suite 2200
Los Angeles, CA 90071
T.: 213.615.7000 | F: 833.264.2083

Attorneys for Defendant Horace Mann Property and Casualty Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CHAPMAN,<br><br>    Plaintiff,<br><br>v.<br><br>HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No.<br>District Judge:<br><br>**DECLARATION OF MATTHEW RUBIN IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441; EXHIBIT 1**<br><br>*[Filed concurrently with Declaration of Kristin Ingulsrud; Notice of Removal; Civil Cover Sheet; Notice of Interested Parties]*<br><br>State Complaint Filed: October 24, 2024<br>Removal Filed:        December 6, 2024 |

I, Matthew Rubin, hereby declare as follows:

I am Vice President Property and Casualty Underwriting and Operations and, in this position, I have knowledge of, among other things, policy issuances, renewals, and cancellations on behalf of Horace Mann Property and Casualty Insurance Company ("Horace Mann"). I have personal knowledge of the matters stated herein based upon my review of business records. If called upon to testify, I would and could competently do so.

2.     Attached as Exhibit 1 is a true and correct copy (but with redactions to

---

DECLARATION OF MATTHEW RUBIN IN SUPPORT OF NOTICE OF REMOVAL

01

1 protect personal information) of the Renewal California Personal Auto Declarations
2 sent to Stephen Chapman for Policy No. 65000544570102 for the policy period
3 7/10/2022 to 1/10/2023, subject to payment of the required premium.
4     I declare under penalty of perjury and under the laws of the United States and
5 the State of California that the foregoing is true and correct to the best of my
6 knowledge and belief.
7     Executed this  6  day of December, 2024 at Springfield, Illinois.

_____
Matthew Rubin

# EXHIBIT 1



Renewal California Personal Auto Declarations
Horace Mann Property and Casualty Insurance Company

**Named insured(s):**
STEPHEN CHAPMAN
REDACTED

**Policy #:** REDACTED
**Effective date:** 07/10/2022
(05:01 a.m. local time)
**Expiration date:** 01/10/2023
(12:01 a.m. local time)

**Agent:** 

**Insured by:**
Horace Mann Property and Casualty Insurance Company
P.O. Box 19463
Springfield, IL 62794-9463

**Driver(s)**
STEPHEN CHAPMAN

| Policy level coverages | Limits and deductibles | Premiums |
|---|---|---|
| Bodily Injury Liability | $100,000/$300,000 (Per person/Per accident) | REDACTED |
| Property Damage Liability | $100,000 (Per accident) | REDACTED |
| Medical Payments | $5,000 (Per insured) | REDACTED |
| Accidental Death, Dismemberment and Loss of Sight | Declined | REDACTED |
| Uninsured/Underinsured Motor Vehicle Bodily Injury | $100,000/$300,000 (Per person/Per accident) | REDACTED |
| | Premium for policy level coverages | REDACTED |

**Vehicle level coverages**
2017 Porsche MACAN S AWD,
Garaging ZIP: REDACTED

| | | |
|---|---|---|
| Uninsured Motor Vehicle Property Damage | Rejected | |
| Other Than Collision | $500 deductible | REDACTED |
| Collision | $500 deductible | REDACTED |
| Emergency Road Service | Declined | REDACTED |
| Rental Reimbursement | $70 per day/maximum 30 days | REDACTED |
| Additional or Custom Equipment | Declined | REDACTED |
| Better Car Replacement | Declined | REDACTED |
| | Premium for vehicle level coverages | REDACTED |

**Discounts and surcharges**

**Premium summary**
Total vehicle premium — REDACTED
Investigation and Prosecution of Fraudulent Automobile Insurance Claims Fee — REDACTED
Consumer Services Fee — REDACTED

| | |
|---|---|
| Fraud Division and Organized Automobile Fraud Activity Interdiction Program Fee | REDACTED |
| **Total amount** | REDACTED |

 This is not an invoice. An invoice or billing notification will be sent separately in the coming weeks.

### Forms and endorsements applicable to this policy
CCN00CA1 12 20    PERSONAL AUTO POLICY CALIFORNIA

### Lienholder/Loss Payee/Lessor
None

Please read your policy carefully. This insurance policy is a legal contract between you and the company. For service call your agent, visit **horacemann.com** or call 800-999-1030. To report a claim call 800-999-1030 or visit **horacemann.com.**

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2024, I served the foregoing document described as **DECLARATION OF MATTHEW RUBIN IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441; EXHIBIT 1** via email and U.S. Mail, on the interested parties in this action as follows:

| | |
|---|---|
| **STEPHEN CHAPMAN, IN PRO PER**<br>7917 Selma Avenue 336<br>Los Angeles, CA 90046<br>T: 619.550.7543<br>stefinchapman@outlook.com | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court under whose direction the service was made.

Executed on December 6, 2024, at Houston, TX.

/s/ Connie Spears