1  **FREEMAN MATHIS & GARY, LLP**
2  Marc J. Shrake, SBN 219331
   mshrake@fmglaw.com
3  Kristin A. Ingulsrud, SBN 294532
4  kristin.ingulsrud@fmglaw.com
   550 Sout Hope Street, Suite 2200
5  Los Angeles, California  90071
   T.: 213.615.7000 | F: 833.264.2083
6
7  Attorneys for Defendant Horace Mann Property
8  and Casualty Insurance Company

9  **UNITED STATES DISTRICT COURT**
10 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN CHAPMAN,<br><br>Plaintiff,<br><br>v.<br><br>HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Defendant, | Case No.<br>District Judge:<br><br>**NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 AND FRCP RULE 7.1**<br><br>State Complaint Filed: October 24, 2024<br>Removal Filed: December 6, 2024 |

Defendant Horace Mann Property and Casualty Insurance Company ("Horace Mann") certifies that it is a non-governmental corporation organized and existing under the State of Illinois, with its principal place of business in Springfield, Illinois. Horace Mann submits the following statement of its corporate interests and affiliations pursuant to Local Rule 7.1-1 and Rule 7.1 of the Federal Rules of Civil Procedure:

The undersigned, counsel of record for Horace Mann, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Stephen Chapman is a citizen of the State of California and a resident of Los Angeles County.
2. Defendant Horace Mann Property and Casualty Insurance Company.

The undersigned understands that under Federal Rule of Civil Procedure Rule 7.1, they must promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: December 6, 2024         **FREEMAN MATHIS & GARY, LLP**

By:  /s/ *Kristin Ingulsrud*
Marc J. Shrake
Kristin A. Ingulsrud
Attorneys for Defendant
HORACE MANN PROPERTY AND CASUALTY INSURANCE COMPANY

NOTICE OF INTERESTED PARTIES

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2024, I served the foregoing document described as **NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 AND FRCP RULE 7.1** via email and U.S. Mail, on the interested parties in this action as follows:

**STEPHEN CHAPMAN, IN PRO PER**
7917 Selma Avenue 336
Los Angeles, CA 90046
T: 619.550.7543
stefinchapman@outlook.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court under whose direction the service was made.

Executed on December 6, 2024, at Houston, TX.

/s/ Connie Spears

Freeman Mathis & Gary, LLP
Attorneys at Law