**Stephen Chapman**
7917 Selma Ave 336
Los Angeles CA 90046
619-550-7543
StefinChapman@outlook.com
Plaintiff Pro Se

```
FILED
CLERK, U.S. DISTRICT COURT
2/18/2025
CENTRAL DISTRICT OF CALIFORNIA
BY      GSA      DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHEN CHAPMAN,** | **Case No.: 2:24-CV-10546-MWF-BFM** |
| Plaintiff, | Judge: Honorable Michael W. Fitzgerald: |
| vs. | |
| **HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY, et al.,** | **PLAINTIFF'S NOTICE OF RELIANCE ON PREVIOUSLY FILED PROPOSED ORDER** |
| | **DATED: 02/17/2025** |
| Defendant | |

**TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

Plaintiff Stephen Chapman, appearing pro se, hereby notifies the Court that he relies on the Proposed Order previously filed under **Reference No. EDS-250203-001-7062** in support of his pending motions.

Plaintiff does not seek to amend or modify the previously submitted Proposed Order, but rather incorporates it by reference as part of the record in this

matter.

This Notice serves to clarify Plaintiff's reliance on the existing Proposed Order, ensuring the Court and all parties are properly directed to its filing.

**Executed on February 17, 2025, in Los Angeles, California.**

**Stephen Chapman**
**Plaintiff Pro Se**