Stephen Chapman
Plaintiff In Pro Se
7917 Selma Ave #336
Los Angeles, CA 90046
(619) 550-7543
**StefinChapman@outlook.co** Email

```
FILED
CLERK, U.S. DISTRICT COURT
03/10/2025
CENTRAL DISTRICT OF CALIFORNIA
BY     GSA     DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CHAPMAN,<br><br>Plaintiff,<br><br>vs.<br><br>HORACE MANN PROPERTY & CASUALTY CO.,<br><br>Defendant | **CASE NO.: 2:24-CV-10546**<br>**Hon Michael Fitzgerald**<br><br><br>**NOTICE OF LODGING OF MISSING EXHIBITS** |

## TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff **Stephen Chapman**, appearing **pro se**, hereby **lodges the following exhibits** with the Court in support of the pending **Motion to Remand**:

1. **Exhibit No. 7** – Email correspondence from **Marc J. Shrake**, counsel for Defendant, confirming that the **civil case was not open until December 11, 2024**. This evidence demonstrates that the **Notice of Removal (NOR) was never properly filed** before the deadline, rendering it legally non-existent.

NOTICE OF LODGING OF MISSING EXHIBITS - 1

2. **Exhibit A – Pretrial & Trial Dates Worksheet** – Court-issued scheduling document reflecting **trial deadlines** and procedural timelines. This worksheet further supports Plaintiff's argument regarding the procedural improprieties in this case.

These exhibits are essential to correct the record and ensure the Court has all pertinent information regarding **Defendant's improper removal actions and procedural misconduct**.

Dated: **03/10/2025**
Respectfully submitted,

**Stephen Chapman**
Plaintiff In Pro Se
7917 Selma Ave #336
Los Angeles, CA 90046
(619) 550-7543
**StefinChapman@outlook.com**

 Outlook

## Re: Chapman v. Horace Mann - Notice of Removal plus supporting docs | Central District Court | 117684

| | |
|---|---|
| From | Marc J. Shrake <MShrake@fmglaw.com> |
| Date | Fri 12/6/2024 5:36 PM |
| To | Connie Spears <connie.spears@fmglaw.com> |
| Cc | stefinchapman@outlook.com <stefinchapman@outlook.com>; Kristin A. Ingulsrud <kristin.ingulsrud@fmglaw.com> |

Please send me file marked copies of everything. I did not receive any notice from the court. Please make sure that I am listed as a lawyer on the case with my email address so that I get everything that's filed. Thank you.

Marc

Marc J Shrake
310-892-3759

Mobile phone communication.  Please excuse brevity and typos.

On Dec 6, 2024, at 18:23, Connie Spears <connie.spears@fmglaw.com> wrote:

**Mr. Stephen Chapman,** attached for electronic email service, please find the following documents:

> NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441
> CIVIL COVER SHEET
> CERTIFICATE AND NOTICE OF INTERESTED PARTIES
> DECLARATION OF KRISTIN INGULSRUD IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441
> DECLARATION OF MATTHEW RUBIN IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441

Hard copies will follow via U.S. Mail.

Thank you
**Connie Spears**
Legal Secretary
**Freeman Mathis & Gary, LLP**

**550 South Hope Street | Suite 2200 | Los Angeles, CA 90071-2631**
D: 213-615-7046
Email: connie.spears@fmglaw.com
www.fmglaw.com | Instagram | Twitter | Facebook

AZ | CA | CO | CT | DE | FL | GA | IL | IN | KY | MA | NJ | NM | NV | NY | OH | PA | RI | TN | TX | WA
Please read this important notice and confidentiality statement

<2024-12-06 Civil Cover Sheet.pdf>
<2024-12-06 Notice of Removal.pdf>
<2024-12-06 Notice of Interested.pdf>
<2024-12-06 Declaration of Ingulsrud.pdf>
<2024-12-06 SIGNED Dec of Rubin.pdf>

## JUDGE MICHAEL W. FITZGERALD
### SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | 2:24-cv-10546-MWF-BFM |
|---|---|
| Case Name | Stephen Chapman v Horace Mann Property & Casualty Ins.Co. |

| Matter | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|
| [✓] Jury Trial or [ ] Court Trial (Tuesday at 8:30 a.m.) Duration Estimate: 7-10 Days | October 7, 2025 | 06/16/2026 | |
| Final Pretrial Conference [LR 16] and Hearing on Motions *In Limine* (Monday at 11:00 a.m. -- three (3) weeks before trial date) Motions *In Limine* must be filed three (3) weeks before this date; oppositions are due two (2) weeks before this date; no reply briefs. | September 15, 2025 | 05/26/2026 | |

| Event | Weeks Before Trial | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|---|
| Last Date to Hear Motion to Amend Pleadings / Add Parties | 18 weeks | June 10, 2025 | 04/15/2025 | |
| Non Expert Discovery Cut Off (at least 4 weeks before last date to hear motions) | 18 | June 10, 2025 | 02/10/2026 | |
| Expert Disclosure (Initial) | 16 | June 24, 2025 | 01/08/2026 | |
| Expert Disclosure (Rebuttal) | | July 8, 2025 | 02/07/2026 | |
| Expert Discovery Cut Off | 14 * | July 8, 2025 | 03/10/2026 | |
| Last Date to *Hear* Motions (Monday at 10:00 a.m.) | 14 | July 14, 2025 | 03/10/2026 | |
| Last Date to Conduct Settlement Conference | 12 | July 28, 2025 | 08/01/2025 | |
| For Jury Trial<br>• File Memorandum of Contentions of Fact and Law, LR 16 4<br>• File Exhibit and Witness Lists, LR 16 5.6<br>• File Status Report Regarding Settlement<br>• File Motions *In Limine* | 6 | September 22, 2025 | 05/05/2026 | |
| For Jury Trial<br>• Lodge Pretrial Conference Order, LR 16 7<br>• File Agreed Set of Jury Instructions and Verdict Forms<br>• File Statement Regarding Disputed Instructions, Verdicts, etc.<br>• File Oppositions to Motions *In Limine* | 5 | September 29, 2025 | 05/12/2026 | |
| For Court Trial<br>• Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | 3 | | | |

\* The parties may choose to cut off expert discovery prior to MSJ briefing.

ADR [LR 16 15] Selection:

[ ] Attorney Settlement Officer Panel    [ ] Private Mediation    [ ] Magistrate Judge (with Court approval)

### EXHIBIT A

Plaintiff objects to ADR in this matter and does not consent to Magistrate Judge referral. Plaintiff maintains that this case has been improperly removed to federal court and is not appropriate for alternative dispute resolution at this time.