**Stephen Chapman**
7917 Selma Ave 336
Los Angeles CA 90046
619-550-7543
StefinChapman@outlook.com
Plaintiff, In Pro Per

FILED

CLERK, U.S. DISTRICT COURT

1/30/2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ RYO _____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

STEPHEN CHAPMAN,

               Plaintiff,

    v.

HORACE MANN PROPERTY &
CASUALTY INSURANCE
COMPANY, et al.

               Defendant,

Case No. 2:24-CV-10546-MWF-BFM
District Judge: Michael W. Fitzgerald

**DECLARATION OF STEPHEN R.
CHAPMAN IN SUPPORT OF
PLAINTIFF'S MOTION TO
STRIKE ALL FEDERAL
ACTIONS & FOR SANCTIONS
AGAINST DEFENSE COUNSEL**

**Date: 01/29/2025**

### TO THE HONORABLE COURT:

I, **Stephen R. Chapman**, declare as follows:

1. **I am the Plaintiff in this matter** and make this declaration based on my

    **personal knowledge of the facts** and **review of court records, filings, and**

**communications with opposing counsel**. If called as a witness, I **could and would testify competently to the facts stated herein**.

---

## I. JURISDICTIONAL CONFLICT & PROCEDURAL DEFECTS IN REMOVAL

### A. Notice of Removal Was Defective & Failed to Confer Federal Jurisdiction

2. Defendant **Horace Mann Property & Casualty Insurance Company** filed a **Notice of Removal** in **federal court on December 6, 2024**, claiming that the case had been removed from **State Court** under **28 U.S.C. § 1441**.

3. However, **opposing counsel failed to file the required Notice of Removal in the State Court until January 7, 2025**, a **31-day delay beyond the statutory deadline** imposed by **28 U.S.C. § 1446(d)**.

4. **Federal removal is not effective until proper notice is filed with the state court**. Courts have consistently held that **delays in state notice invalidate removal altogether (Meyer v. Health Mgmt. Assocs., Inc., 841 F. Supp. 2d 1262, 1265 (S.D. Fla. 2012))**.

### B. Deliberate Misrepresentation in Opposing Counsel's Filing

5. In an attempt to **conceal the procedural defect**, **opposing counsel used misleading language** in the **Notice to State Court of Removal**, creating the

false impression that the removal notice was filed within the statutory

timeframe.

6. **Conflicting dates between the caption page and the signature page**
   **suggest an intentional effort to deceive the reader into believing**
   **compliance with 28 U.S.C. § 1446(d).**

   o **(See Exhibit C, Item 2, State Court Caption Page 1):** Misleading
   claim of timely compliance.

   o **(See Exhibit C, Item 2, State Court Signature Page 2):** Confirms
   actual filing date of **January 7, 2025**, beyond the **30-day limit**.

**C. Failure to File Supporting Documents in State Court**

7. The **federal Notice of Removal listed three supporting documents** that
   were required to be filed in State Court:

   o **Declaration of Kristin Ingulsrud**

   o **Declaration of Matthew Rubin**

   o **Notice of Interested Parties**

8. A **review of the State Court Docket confirms that none of these required
   filings were submitted**, further invalidating the removal (**See Exhibit C,
   Linked State Docket Record**).

**D. Defense Counsel's Insistence on Advancing Federal Proceedings**

**Without Jurisdiction**

9.  I have repeatedly informed opposing counsel of these jurisdictional defects.

10. Despite this, **opposing counsel has continued to advance federal proceedings, knowingly wasting judicial resources and causing undue delay**.

11. Such conduct constitutes **reckless disregard for procedural rules and an abuse of the litigation process (Chambers v. NASCO, Inc., 501 U.S. 32, 46 (1991))**.

## II. BASIS FOR SANCTIONS UNDER FRCP RULE 11 & 28 U.S.C. § 1447(c)

**A. Legal Standard for Sanctions**

12. **Federal Rule of Civil Procedure 11(b)(1)-(3)** prohibits attorneys from:

- **Presenting pleadings for an improper purpose, such as delay or harassment**.

- **Knowingly advancing claims or defenses unsupported by law or fact.**

- **Engaging in conduct that misleads the court or opposing parties.**

13. **28 U.S.C. § 1447(c)** allows courts to impose **monetary sanctions, including attorney's fees**, when a case is **removed in bad faith or without jurisdiction**.

**B. Opposing Counsel's Conduct Warrants Sanctions**

14. Opposing counsel **intentionally misrepresented compliance with statutory deadlines**, as demonstrated by:

- **Conflicting dates within their own filing**.

- **Filing the state notice over 30 days late**.

- **Failing to file supporting removal documents in state court**.

15. Opposing counsel has engaged in a **pattern of bad faith litigation tactics**, including:

- Ignoring the **State Court's continued jurisdiction**.

- Advancing **frivolous federal proceedings** despite clear procedural defects.

- Refusing to acknowledge Plaintiff's good faith efforts to resolve the matter.

## III. CONCLUSION & RELIEF REQUESTED

16. Based on the **clear procedural violations and bad faith litigation tactics**, I respectfully request that the court:

**(A) Strike all filings made in federal court as ultra vires (beyond legal authority).**

**(B) Remand this case to State Court pursuant to 28 U.S.C. § 1447(c).**

**(C) Impose monetary sanctions on opposing counsel under FRCP Rule 11.**

**(D) Issue an order barring any further attempts at removal with prejudice.**

I declare under penalty of perjury under the laws of the **United States of**

**America** that the foregoing is true and correct.

**Executed this 29 day of January, 2025, in Los Angeles, California.**

**Stephen R. Chapman**
**Plaintiff, In Pro Per**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF STEPHEN R. CHAPMAN IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE
ALL FEDERAL ACTIONS & FOR SANCTIONS AGAINST DEFENSE COUNSEL
PAGE 7 OF 7**

# EXHIBIT A

**State Court Ledger & Docket Entries**
**Proves no jurisdictional transfer exists as promulgated by the defense.**

2:24-CV-10546 MWF-BFM                                                01.30.2025

State Court Action Pending Motion to be Heard 03/13/2025 (see
Motion for Order 01/06/2025)

Filed by Clerk

**01/07/2025** Notice of Removal to Federal Court
Filed by Horace Mann Property & Casualty Insurance Company (Defendant)

**01/06/2025** Notice of Motion
Filed by Stephen Chapman (Plaintiff)

Hearing Date 03/13/2025

**01/06/2025** Motion for Order (TO STRIKE NOTICE OF REMOVAL, RECOGNIZE SECOND AMENDED COMPLAINT AS
OPERATIVE PLEADING, AND REMAND TO STATE COURT)
Filed by Stephen Chapman (Plaintiff)

✓ **01/03/2025** Declaration (in support of Second Amended Complaint)
Filed by Stephen Chapman (Plaintiff)

**12/16/2024** Civil Case Cover Sheet
Filed by Stephen Chapman (Plaintiff)

**12/05/2024** Answer
Filed by Horace Mann Property & Casualty Insurance Company (Defendant)

**11/18/2024** Proof of Personal Service
Filed by Stephen Chapman (Plaintiff)

**11/18/2024** Proof of Personal Service
Filed by Stephen Chapman (Plaintiff)

**11/14/2024** Amended Complaint ((1st) (1st))
Filed by Stephen Chapman (Plaintiff)

**11/12/2024** Proof of Personal Service
Filed by Stephen Chapman (Plaintiff)

**11/08/2024** Proof of Personal Service
Filed by Stephen Chapman (Plaintiff)

✓ **11/05/2024** Notice of Case Reassignment and Order for Plaintiff to Give Notice
Filed by Clerk

**11/05/2024** Notice of Case Reassignment and Order for Plaintiff to Give Notice
Filed by Clerk

**10/30/2024** Summons (on Complaint)
Filed by Stephen Chapman (Plaintiff)

**10/25/2024** Notice of Case Management Conference
Filed by Clerk

**10/25/2024** Order to Show Cause Failure to File Proof of Service
Filed by Clerk

**10/24/2024** Notice of Rejection of Electronic Filing
Filed by Clerk

**10/24/2024** Order on Court Fee Waiver (Superior Court)
Filed by Clerk

**10/24/2024** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**10/24/2024** Alternate Dispute Resolution Packet
Filed by Clerk

**10/24/2024** Civil Case Cover Sheet
Filed by Stephen Chapman (Plaintiff)

**10/24/2024** Civil Case Cover Sheet
Filed by Stephen Chapman (Plaintiff)

**10/24/2024** Complaint
Filed by Stephen Chapman (Plaintiff)

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings
Held

### Proceedings Held (Proceeding dates listed in descending order)

**01/14/2025** at 3:56 PM in Department 40, Michael Shultz, Presiding
Non-Appearance Case Review

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings
Held

**01/27/2025** Summons on Complaint (1st); Issued and Filed by: Stephen Chapman (Plaintiff); As to: Horace Mann Property &
Casualty Insurance Company (Defendant); Raymond Pruitt (Defendant)

**01/21/2025** Civil Case Cover Sheet; Filed by: Stephen Chapman (Plaintiff)

**01/14/2025** Case Management Conference scheduled for 03/13/2025 at 08:30 AM in Stanley Mosk Courthouse at
Department 40

**01/14/2025** Minute Order (Non-Appearance Case Review regarding Order to Show Cause Hear...)

**01/14/2025** Certificate of Mailing for (Non-Appearance Case Review regarding Order to Show Cause Hear...) of 01/14/2025;
Filed by: Clerk

**01/14/2025** On the Court's own motion, Order to Show Cause Re: Failure to File Proof of Service scheduled for 02/26/2025
at 08:30 AM in Stanley Mosk Courthouse at Department 40 Not Held - Vacated by Court on 01/14/2025

**01/14/2025** On the Court's own motion, Case Management Conference scheduled for 02/26/2025 at 08:30 AM in Stanley
Mosk Courthouse at Department 40 Not Held - Advanced and Continued - by Court was rescheduled to 03/13/2025 08:30
AM

Removal is Pending until scheduled Motion is Heard and if the removal is Ordered as Proper

**01/07/2025** Notice of Removal to Federal Court; Filed by: Horace Mann Property & Casualty Insurance Company
(Defendant)

**01/07/2025** The case is placed in special status of: Stay - Removal to Federal Court

**01/06/2025** Motion for Order TO STRIKE NOTICE OF REMOVAL, RECOGNIZE SECOND AMENDED COMPLAINT AS
OPERATIVE PLEADING, AND REMAND TO STATE COURT; Filed by: Stephen Chapman (Plaintiff)

**01/06/2025** Notice of Motion; Filed by: Stephen Chapman (Plaintiff)

**01/06/2025** Hearing on Motion for Order Striking Defendant's Notice of Removal, Grant Leave to Amend Complaint, and
Remand Case to State Court scheduled for 03/13/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 40

**01/03/2025** Declaration in support of Second Amended Complaint; Filed by: Stephen Chapman (Plaintiff)

**12/28/2024** Hearing on Motion for Stay of Proceedings scheduled for 03/18/2025 at 08:30 AM in Stanley Mosk Courthouse
at Department 40 Not Held - Vacated by Court on 12/28/2024

**12/16/2024** Civil Case Cover Sheet; Filed by: Stephen Chapman (Plaintiff)

**12/05/2024** Answer; Filed by: Horace Mann Property & Casualty Insurance Company (Defendant); As to: Stephen Chapman

**11/18/2024** Proof of Personal Service; Filed by: Stephen Chapman (Plaintiff); As to: Horace Mann Property & Casualty Insurance Company (Defendant); Service Date: 11/14/2024; Service Cost: 41.30; Service Cost Waived: No

**11/18/2024** Proof of Personal Service; Filed by: Stephen Chapman (Plaintiff); As to: Horace Mann Property & Casualty Insurance Company (Defendant); Service Cost Waived: No; Service Cost: 40.00; Service Date: 11/14/2024

**11/14/2024** Amended Complaint (1st) (1st); Filed by: Stephen Chapman (Plaintiff); As to: Horace Mann Property & Casualty Insurance Company (Defendant)

**11/12/2024** Proof of Personal Service; Filed by: Stephen Chapman (Plaintiff); As to: Horace Mann Property & Casualty Insurance Company (Defendant); Service Cost Waived: No; Service Cost: 40.00; Service Date: 11/08/2024

**11/12/2024** Case reassigned to Stanley Mosk Courthouse in Department 40 - Hon. Michael Shultzeffective 11/12/2024; Reason: Inventory Transfer

**11/08/2024** Proof of Personal Service; Filed by: Stephen Chapman (Plaintiff); As to: Horace Mann Property & Casualty Insurance Company (Defendant); Service Date: 11/08/2024; Service Cost: 41.30; Service Cost Waived: No

**11/05/2024** Notice of Case Reassignment and Order for Plaintiff to Give Notice; Filed by: Clerk

**11/05/2024** Notice of Case Reassignment and Order for Plaintiff to Give Notice; Filed by: Clerk

**10/30/2024** Summons on Complaint; Issued and Filed by: Stephen Chapman (Plaintiff)

**10/25/2024** Case Management Conference scheduled for 02/26/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 40

**10/25/2024** Order to Show Cause Failure to File Proof of Service; Filed by: Clerk

**10/25/2024** Notice of Case Management Conference; Filed by: Clerk

**10/25/2024** Address for Stephen Chapman (Plaintiff) clerical correction

**10/25/2024** Updated -- Stephan Chapman (Plaintiff): First Name: Stephan; Last Name: Chapman; Organization Name: blank

**10/25/2024** Updated -- Stephen Chapman (Plaintiff): First Name changed from Stephan to Stephen

**10/25/2024** Order to Show Cause Re: Failure to File Proof of Service scheduled for 02/26/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 40

**10/24/2024** Complaint; Filed by: Stephen Chapman (Plaintiff); As to: Horace Mann Property & Casualty Insurance Company (Defendant)

**10/24/2024** Civil Case Cover Sheet; Filed by: Stephen Chapman (Plaintiff); As to: Horace Mann Property & Casualty Insurance Company (Defendant)

**10/24/2024** Civil Case Cover Sheet; Filed by: Stephen Chapman (Plaintiff); As to: Horace Mann Property & Casualty Insurance Company (Defendant)

**10/24/2024** Alternate Dispute Resolution Packet; Filed by: Clerk

**10/24/2024** Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk

**10/24/2024** Updated -- Order on Court Fee Waiver (Superior Court): Status Date changed from 10/24/2024 to 10/24/2024 ; Status changed from TP to Signed and Filed

**10/24/2024** Case assigned to Hon. Anne Richardson in Department 40 Stanley Mosk Courthouse

**10/24/2024** Order on Court Fee Waiver (Superior Court); TP by:

# EXHIBIT B

**State Court Order scheduling Motion to Strike/Remand hearing.
Confirmed by the enclosed (see page 1) [state] clerk endorsement.**

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:**  24STCV27909

STEPHEN CHAPMAN VS HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY

**Filing Courthouse:**  Stanley Mosk Courthouse

**Filing Date:** 10/24/2024
**Case Type:**  Insurance Coverage (not complex) (General Jurisdiction)
**Status:**  Pending

Click here to access document images for this case

If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**03/13/2025** at 08:30 AM in Department 40 at 111 North Hill Street, Los Angeles, CA 90012
Case Management Conference

**03/13/2025** at 08:30 AM in Department 40 at 111 North Hill Street, Los Angeles, CA 90012
Hearing on Motion for Order Striking Defendant's Notice of Removal, Grant Leave to Amend Complaint, and Remand Case to State Court

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

CHAPMAN STEPHEN - Plaintiff

HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY - Defendant

INGULSRUD KRISTIN - Attorney for Defendant

PRUITT RAYMOND DBA RAYMOND PRUITT - Defendant

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**
**01/27/2025** Summons (on Complaint (1st))
Filed by Stephen Chapman (Plaintiff)

**01/21/2025** Civil Case Cover Sheet
Filed by Stephen Chapman (Plaintiff)

**01/14/2025** Certificate of Mailing for ((Non-Appearance Case Review regarding Order to Show Cause Hear...) of 01/14/2025)
Filed by Clerk

**01/14/2025** Minute Order ( (Non-Appearance Case Review regarding Order to Show Cause Hear...))

# EXHIBIT C

Demonstrated Cause(s) of Action to Support Order for Sanctions; Notice to State Court of
Removal (Filed in State Court - Jan 7, 2025)

**Exhibit C further demonstrates Willful Misrepresentation & Procedural
Defect:**

- Conflicting dates indicate an unlawful attempt to cure a jurisdictional defect.
- State court notice was filed 31 days after federal removal, violating 28 U.S.C. Â§
1446(d).

**See redlined dates in conflict:**

    - (See state caption page 1) â€" Caption misleadingly claims compliance
with statutory deadline.

    - (See state caption page 2) â€" Signature date in direct conflict with
purported compliance,

      confirming the actual filing date beyond the 30-day limit.

    - (See exhibit page 4) â€" [Banner] timestamp confirms the date filed in
federal court (12/06/2024).

**<u>Exh., C.2:</u>** **Additional Procedural Violations:**

- Failure to file concurrent substantive documents in state court:

        (see Federal Notice of Removal) missing exhibits titled:

    -Declaration of Kristin

    -Declaration of Matthew

    -Notice to Interested Parties

>>Link to State Docket: Confirms **Failure to File**.

**Confirms Bad Faith: Defense's attempt to conceal procedural defect through
deceptive structuring of document, subjects Plaintiff to undue Prejudice
before the Federal Court.**

**FREEMAN MATHIS & GARY, LLP**
Marc Shrake, SBN 219331
mshrake@fmglaw.com
Kristin A. Ingulsrud, SBN 294532
kristin.ingulsrud@fmglaw.com
550 S. Hope Street, Suite 2200
Los Angeles, CA 90071
T.: 213.615.7000 | F: 833.264.2083

*Attorneys for Defendant*
*Horace Mann Property*
*& Casualty Insurance Company*

Electronically FILED by
Superior Court of California,
County of Los Angeles
1/07/2025 11:24 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By A. Lopez, Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| STEPHEN CHAPMAN, | CASE NO.: 24STCV27909 |
| Plaintiff, | *[Assigned for All Purposes to Dept 40, Hon. Michael Shultz]* |
| v. | **DEFENDANT HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY'S NOTICE OF FILING NOTICE OF REMOVAL** |
| HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY, | |
| Defendants, | |
| | Complaint filed: October 24, 2024 |
| | Trial Date:        None |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on December 6, 2024, Defendant Horace Mann Property & Casualty Insurance Company filed a Notice of Removal in the United States District Court for the Central District of California. This Notice is provided in compliance with 28 U.S.C. § 1446(d).

/ / /

/ / /

/ / /

1

**DEFENDANT HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY'S NOTICE OF FILING NOTICE OF REMOVAL**

1      A true and correct file-stamped copy of the Notice of Removal is attached hereto as **Exhibit**

2  **A.**

3                                          Respectfully submitted,

4  DATED: January 7, 2025              **FREEMAN MATHIS & GARY, LLP**

5

6                                          _____
                                       Marc Shrake
7                                          Kristin A. Ingulsrud
                                       *Attorneys for Defendant*
8                                          *Horace Mann Property*
                                       *& Casualty Insurance Company*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY'S
NOTICE OF FILING NOTICE OF REMOVAL**

# EXHIBIT A

1 | FREEMAN MATHIS & GARY, LLP
2 | Marc Shrake, SBN 219331
mshrake@fmglaw.com
3 | Kristin A. Ingulsrud, SBN 294532
4 | kristin.ingulsrud@fmglaw.com
550 South Hope Street, Suite 2200
5 | Los Angeles, California 90071
6 | T: 213.615.7000 | F: 833.264.2083

7 | Attorneys for Defendant Horace Mann Property
8 | and Casualty Insurance Company

9 | **UNITED STATES DISTRICT COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN CHAPMAN, | Case No. 2:24-cv-10546 |
| | District Judge: |
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441** |
| v. | [*Filed concurrently with Declaration of Kristin Ingulsrud; Declaration of Matthew Rubin; Civil Cover Sheet; Notice of Interested Parties*] |
| HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY, | |
| Defendant. | State Complaint Filed: October 24, 2024 |
| | Removal Filed:        December 6, 2024 |

20 | **TO THE HONORABLE COURT, PARTIES, AND COUNSEL OF RECORD**:

21 | 　　　Defendant Horace Mann Property and Casualty Insurance Company ("Horace

22 | Mann") hereby removes this action from the Superior Court of the State of

23 | California, County of Los Angeles, where it is currently pending as Stephen

24 | Chapman v. Horace Mann Property & Casualty Insurance Company, Case No.

25 | 24STCV27909 ("State Action"), to the United States District Court for the Central

26 | District of California.

27 | 　　　Removal is warranted under 28 U.S.C. §1441(b) because the Court has subject

28 | matter jurisdiction under 28 U.S.C. §1332 over the State Action. Under 28 U.S.C.

§1332(c)(l), full diversity exists among the parties, as evidenced by the states where Horace Mann is incorporated and maintains its principal place of business (Illinois) and where Plaintiff Stephen Chapman resides (California). The amount in controversy exceeds the sum of $75,000.

This Notice of Removal is timely because it is filed within thirty days after service of a copy of the Summons and Complaint of the State Action upon Horace Mann, which occurred on November 8, 2024.

Under 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders in the State Action received by Horace Mann are attached to the Declaration of Kristin Ingulsrud as Exhibit A.

Pursuant to 28 U.S.C. § 1446(d), a Notice to State Court of Removal of Action to Federal Court, together with this Notice of Removal, will be served upon Chapman on December 6, 2024, and will be filed in the State Action.

## BACKGROUND

On October 24, 2024, Plaintiff Chapman commenced the State Action. On November 14, 2024, he filed a First Amended Complaint. listing purported causes of action titled (1) Breach of Contract, (2) Bad Faith Denial of Insurance Benefits, (3) Fraud and Intentional Misrepresentation, (4) Negligent Misrepresentation, (4) Negligent Misrepresentation, (5) Breach of Fiduciary Duty, (6) Malfeasance, (7) Oppressive Conduct, (8) Violation of California Insurance Code § 662, (9) Violation of California Business & Professions Code§ 17200, (10) Intentional Infliction of Emotional Distress (IIED), and (11) Negligent Infliction of Emotional Distress (NIED).

## GROUNDS FOR REMOVAL

This Court has subject matter jurisdiction over the State Action under 28 U.S.C. §1332, which confers upon the "district courts . . . original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States[.]"

## AMOUNT IN CONTROVERSY

The allegations and claims in the First Amended Complaint seek recovery for alleged losses after Horace Mann, because of Plaintiff's non-payment of premium, canceled an automobile policy with bodily injury liability limits of $100,000 per person/$300,000 per accident, property damage liability limit of $100,000 per accident, medical payments limit of $5,000 per insured, UM/UIM bodily injury limits of $100,000 per person/$300,000 per accident, collision coverage, other-than-collision coverage, and other coverages. In addition to benefits from the non-existent policy, the First Amended Complaint seeks compensatory damages and lost wages caused by the absence of insurance, emotional distress damages, punitive damages, and attorney's fees and costs. It therefore appears that Plaintiff will be seeking an amount in excess of $75,000.00[1], although Horace Mann's position is that Plaintiff is entitled to nothing because Horace Mann acted lawfully and properly, including meeting the notice requirements. <u>See</u> Ingulsrud Decl., Exh. A; Declaration of Matthew Rubin, Exh. 1.

## DIVERSITY OF CITIZENSHIP

Plaintiff is an individual residing in the County of Los Angeles, State of California. <u>See</u> Ingulsrud Decl., Exh. A, First Amended Complaint.

Defendant Horace Mann is a corporation organized and existing under the laws of the state of Illinois, with its principal place of business in Springfield, Illinois. Horace Mann is, and was at the commencement of the State Action, a resident and citizen of the state of Illinois and of the United States. <u>See</u> Ingulsrud Dec., Exh. A, First Amended Complaint.

//

---

[1] Horace Mann reserves all rights, including without limitation its right to contest the quantum of damages sought by Chapman.

1    Accordingly, there is complete diversity of citizenship, this Court has

2 jurisdiction over this action, and the State Action is properly removed under 28 U.S.C.

3 § 1441.

4    WHEREFORE, Horace Mann files this Notice of Removal so that the State

5 Action shall be removed to this Court for all further proceedings.

6 Dated:  December 6, 2024                **FREEMAN MATHIS & GARY, LLP**

7

8                                          By:    _/s/ Kristin Ingulsrud_
                                                  Marc J. Shrake
9                                                 Kristin A. Ingulsrud
                                                  Attorneys for Defendant Horace Mann
10                                                Property and Casualty Insurance
                                                  Company
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2024, I served the foregoing document described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441** via email and U.S. Mail, on the interested parties in this action as follows:

| | |
|---|---|
| **STEPHEN CHAPMAN, IN PRO PER**<br>7917 Selma Avenue 336<br>Los Angeles, CA 90046<br>T: 619.550.7543<br>**stefinchapman@outlook.com** | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court under whose direction the service was made.

Executed on December 6, 2024, at Houston, TX.

/s/ Connie Spears

Freeman Mathis
& Gary, LLP
Attorneys at Law

# PROOF OF SERVICE

*Stephen Chapman v. Horace Mann Property, et al. | Case No. 24STCV27909*

I am over 18 years of age and not a party to this action.  I am employed in Los Angeles, California. My business address is 550 S. Hope Street, Suite 2200, Los Angeles, California 90071, my email: connie.spears@fmglaw.com.

On January 7, 2025, I served a copy of the document(s) entitled: **DEFENDANT HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY'S NOTICE OF FILING NOTICE OF REMOVAL** in the manner described below:

| |
|---|
| **STEPHEN CHAPMAN, IN PRO PER**<br>7917 Selma Avenue 336<br>Los Angeles, CA 90046<br>T: 619.550.7543<br>**stefinchapman@outlook.com** |

☒ **(BY MAIL)** I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of FREEMAN MATHIS & GARY, LLP and addressed as shown on the attached service list, for collection and delivery by FEDEX to receive said documents, with delivery fees provided for.  I am readily familiar with the practices of FREEMAN MATHIS & GARY, LLP for collection and processing of documents for overnight delivery and said envelope(s) will be deposited for receipt by FEDEX on said date in the ordinary course of business.

☐ **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

☒ **(BY-E-MAIL)** I caused a copy of the document(s) to be sent from e-mail address connie.spears@fmglaw.com to the person(s) at the email address(es) listed in the attached Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 7, 2025, at Houston, Texas.

_____
Connie Spears

Freeman Mathis
& Gary, LLP
Attorneys at Law

# EXHIBIT C.2

**Document: Evidence of procedural misconduct by Defendant.
Includes: Relevant communications, discrepancies in removal filings, and proof of bad
faith litigation strategies.**

# EXHIBIT A

FREEMAN MATHIS & GARY, LLP
Marc Shrake, SBN 219331
mshrake@fmglaw.com
Kristin A. Ingulsrud, SBN 294532
kristin.ingulsrud@fmglaw.com
550 South Hope Street, Suite 2200
Los Angeles, California  90071
T: 213.615.7000 | F: 833.264.2083

Attorneys for Defendant Horace Mann Property
and Casualty Insurance Company

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CHAPMAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>HORACE MANN PROPERTY &<br>CASUALTY INSURANCE<br>COMPANY,<br><br>                    Defendant. | Case No. 2:24-cv-10546<br>District Judge:<br><br>**NOTICE OF REMOVAL OF ACTION<br>UNDER 28 U.S.C. § 1441**<br><br>[*Filed concurrently with Declaration of<br>Kristin Ingulsrud; Declaration of Matthew<br>Rubin; Civil Cover Sheet; Notice of<br>Interested Parties*]<br><br>State Complaint Filed: October 24, 2024<br>Removal Filed:          December 6, 2024 |

**TO THE HONORABLE COURT, PARTIES, AND COUNSEL OF RECORD**:

Defendant Horace Mann Property and Casualty Insurance Company ("Horace

Mann") hereby removes this action from the Superior Court of the State of

California, County of Los Angeles, where it is currently pending as Stephen

Chapman v. Horace Mann Property & Casualty Insurance Company, Case No.

24STCV27909 ("State Action"), to the United States District Court for the Central

District of California.

Removal is warranted under 28 U.S.C. §1441(b) because the Court has subject

matter jurisdiction under 28 U.S.C. §1332 over the State Action.  Under  28 U.S.C.

§1332(c)(l), full diversity exists among the parties, as evidenced by the states where Horace Mann is incorporated and maintains its principal place of business (Illinois) and where Plaintiff Stephen Chapman resides (California). The amount in controversy exceeds the sum of $75,000.

This Notice of Removal is timely because it is filed within thirty days after service of a copy of the Summons and Complaint of the State Action upon Horace Mann, which occurred on November 8, 2024.

Under 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders in the State Action received by Horace Mann are attached to the Declaration of Kristin Ingulsrud as Exhibit A.

Pursuant to 28 U.S.C. § 1446(d), a Notice to State Court of Removal of Action to Federal Court, together with this Notice of Removal, will be served upon Chapman on December 6, 2024, and will be filed in the State Action.

## **BACKGROUND**

On October 24, 2024, Plaintiff Chapman commenced the State Action. On November 14, 2024, he filed a First Amended Complaint. listing purported causes of action titled (1) Breach of Contract, (2) Bad Faith Denial of Insurance Benefits, (3) Fraud and Intentional Misrepresentation, (4) Negligent Misrepresentation, (4) Negligent Misrepresentation, (5) Breach of Fiduciary Duty, (6) Malfeasance, (7) Oppressive Conduct, (8) Violation of California Insurance Code § 662, (9) Violation of California Business & Professions Code§ 17200, (10) Intentional Infliction of Emotional Distress (IIED), and (11) Negligent Infliction of Emotional Distress (NIED).

## **GROUNDS FOR REMOVAL**

This Court has subject matter jurisdiction over the State Action under 28 U.S.C. §1332, which confers upon the "district courts . . . original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States[.]"

**AMOUNT IN CONTROVERSY**

The allegations and claims in the First Amended Complaint seek recovery for alleged losses after Horace Mann, because of Plaintiff's non-payment of premium, canceled an automobile policy with bodily injury liability limits of $100,000 per person/$300,000 per accident, property damage liability limit of $100,000 per accident, medical payments limit of $5,000 per insured, UM/UIM bodily injury limits of $100,000 per person/$300,000 per accident, collision coverage, other-than-collision coverage, and other coverages.  In addition to benefits from the non-existent policy, the First Amended Complaint seeks compensatory damages and lost wages caused by the absence of insurance, emotional distress damages, punitive damages, and attorney's fees and costs.  It therefore appears that Plaintiff will be seeking an amount in excess of $75,000.00[1], although Horace Mann's position is that Plaintiff is entitled to nothing because Horace Mann acted lawfully and properly, including meeting the notice requirements.  <u>See</u> Ingulsrud Decl., Exh. A; Declaration of Matthew Rubin, Exh. 1.

**DIVERSITY OF CITIZENSHIP**

Plaintiff is an individual residing in the County of Los Angeles, State of California.  <u>See</u> Ingulsrud Decl., Exh. A, First Amended Complaint.

Defendant Horace Mann is a corporation organized and existing under the laws of the state of Illinois, with its principal place of business in Springfield, Illinois. Horace Mann is, and was at the commencement of the State Action, a resident and citizen of the state of Illinois and of the United States.  <u>See</u> Ingulsrud Dec., Exh. A, First Amended Complaint.

//

---

[1] Horace Mann reserves all rights, including without limitation its right to contest the quantum of damages sought by Chapman.

1    Accordingly, there is complete diversity of citizenship, this Court has

2  jurisdiction over this action, and the State Action is properly removed under 28 U.S.C.

3  § 1441.

4    WHEREFORE, Horace Mann files this Notice of Removal so that the State

5  Action shall be removed to this Court for all further proceedings.

6  Dated: December 6, 2024                 **FREEMAN MATHIS & GARY, LLP**

7

8                                  By:    /s/ *Kristin Ingulsrud*
                                          Marc J. Shrake
9                                         Kristin A. Ingulsrud
                                          Attorneys for Defendant Horace Mann
10                                        Property and Casualty Insurance
                                          Company
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2024, I served the foregoing document described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441** via email and U.S. Mail, on the interested parties in this action as follows:

| | |
|---|---|
| **STEPHEN CHAPMAN, IN PRO PER**<br>7917 Selma Avenue 336<br>Los Angeles, CA 90046<br>T: 619.550.7543<br>stefinchapman@outlook.com | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court under whose direction the service was made.

Executed on December 6, 2024, at Houston, TX.

/s/ Connie Spears

Freeman Mathis
& Gary, LLP
Attorneys at Law

**PROOF OF SERVICE**

*Stephen Chapman v. Horace Mann Property, et al. | Case No. 24STCV27909*

I am over 18 years of age and not a party to this action. I am employed in Los Angeles, California. My business address is 550 S. Hope Street, Suite 2200, Los Angeles, California 90071, my email: connie.spears@fmglaw.com.

On January 7, 2025, I served a copy of the document(s) entitled: **DEFENDANT HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY'S NOTICE OF FILING NOTICE OF REMOVAL** in the manner described below:

| | |
|---|---|
| **STEPHEN CHAPMAN, IN PRO PER**<br>7917 Selma Avenue 336<br>Los Angeles, CA 90046<br>T: 619.550.7543<br>**stefinchapman@outlook.com** | |

☒ **(BY MAIL)** I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of FREEMAN MATHIS & GARY, LLP and addressed as shown on the attached service list, for collection and delivery by FEDEX to receive said documents, with delivery fees provided for. I am readily familiar with the practices of FREEMAN MATHIS & GARY, LLP for collection and processing of documents for overnight delivery and said envelope(s) will be deposited for receipt by FEDEX on said date in the ordinary course of business.

☐ **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

☒ **(BY-E-MAIL)** I caused a copy of the document(s) to be sent from e-mail address connie.spears@fmglaw.com to the person(s) at the email address(es) listed in the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 7, 2025, at Houston, Texas.

_____
Connie Spears

Freeman Mathis
& Gary, LLP
Attorneys at Law

# EXHIBIT D

**Document: Proofs of Service for SAC and related motions.**
**Dates: January 6, 2025, and January 14, 2025.**

EXHIBIT A
Case 2:24-cv-10546-MWF-BFM    Document 42    Filed 01/30/25    Page 33 of 57    Page ID
2:24-cv-10546-MWF-BFM    Declaration of SAC  SAC  Open…e  leading Filed 01/03/2024  .30.2025

Stephen Chapman
7917 Selma Ave 336
Los Angeles CA 90046
619-550-7543
StefinChapman@outlook.com
Plaintiff, In Pro Per

Electronically FILED by
Superior Court of California,
County of Los Angeles
1/03/2025 1:48 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By R. Sanchez, Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| **STEPHEN R. CHAPMAN,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**HORACE MANN PROPERTY &<br>CASUALTY INSURANCE COMPANY, et<br>al., Defendants (inclusive of DOES 1 through<br>50, inclusive, and each of them).**<br><br>      **Defendants.** | Case No.: 24STCV27909<br>Judge: Honorable Michael Shultz<br>Department 40<br><br>**DECLARATION OF STEPHEN<br>CHAPMAN, IN SUPPORT OF<br>RECOGNITION OF SECOND AMENDED<br>COMPLAINT**<br><br>**DATED: 12/31/2024** |

### DECLARATION OF STEPHEN CHAPMAN

**I, Stephen Chapman, declare as follows:**

1.  I am the Plaintiff in the above-captioned matter and make this declaration to

    address the procedural status of my Second Amended Complaint (SAC).

2.  On December 10, 2024, I submitted the SAC to the Superior Court of California,

    County of Los Angeles, where it was accepted prior to the Defendants' filing of

    their Notice of Removal on December 12, 2024.

**DECLARATION OF STEPHEN CHAPMAN** - 1

EXHIBIT A

Case 2:24-cv-10546-MWF-BFM    Document 42    Filed 01/30/25    Page 34 of 57    Page ID
2:24-CV-10546-Declaration of SAC  SAC  Operative   leading Filed 01/03/2024 .30.2025
#:778

3. The SAC formally names Defendant Raymond Pruitt, Agent of Record, Representative of Horace Mann, appointed to transact in the State of California; where he is Licensed and a resident, as a central party to this action. This inclusion destroys diversity jurisdiction under 28 U.S.C. § 1332(a) and triggers the forum defendant rule under 28 U.S.C. § 1441(b)(2).

4. As of the date of this declaration, I have not yet received a court-stamped copy of the SAC due to procedural delays caused by the Notice of Removal shortly after its acceptance.

5. I respectfully request that this Court recognize the SAC as the operative pleading for all purposes, including the determination of subject matter jurisdiction and fair adjudication.

6. Attached hereto are the following supporting documents:

   a. A true and correct copy of the SAC as submitted to the Superior Court on December 10, 2024 (**Exhibit A**).

   b. Proof of submission or acceptance of the SAC by the Superior Court, including electronic filing confirmation (*see left margin*) (**Exhibit A**).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 18, 2024, at Los Angeles, California.

**DATED: 12/31/2024**

**Stephen Chapman Plaintiff, In Pro Per**

**DECLARATION OF STEPHEN CHAPMAN** - 2

EXHIBIT A

Case 2:24-cv-10546-MWF-BFM    Document 42    Filed 01/30/25    Page 35 of 57    Page ID
2:24-CV-10546-MWF-BFM    Declaration of SAC  SAC  Opening  leading Filed 01/03/2024    .30.2025

# EXHIBIT A

**EXHIBIT A: SECOND AMENDED COMPLAINT**
(ACCEPTED BY THE CALIFORNIA STATE SUPERIOR COURT 12/10/2024)
-PURSUANT TO JUSTICE, AJUDICATION, AND PROPER JURISDICTION-

**EXHIBIT A**
Case 2:24-cv-10546-MWF-BFM    Document 42    Filed 01/30/25    Page 36 of 57    Page ID
2:24-CV-10546-MWF-BFM    #:976   Declaration of SAC  SAC  Open-e  leading Filed 01/03/2024   01.30.2025
**Declaration of SAC  SAC  Open-e  leading Filed 01/03/2024**

Electronically Received 12/10/2024 05:42 PM

1  STEPHEN CHAPMAN

2  7917 SELMA AVE 336

3  LOS ANGELES, CA, 90046

4  (619)550-7543

5  Stefinchapman@outlook.com

6  STEPHEN CHAPMAN , IN PRO PER

7

8

9            SUPERIOR COURT OF THE STATE OF CALIFORNIA

10              FOR THE COUNTY OF LOS ANGELES

11

12  STEPHEN CHAPMAN,               )    Case Number: 24STCV27909
                                   )    Honorable Michael Shultz
13  Plaintiff,                     )    Department 40
                                   )
14                                 )
                                   )
15  v.                             )
                                   )
16                                 )    **SECOND AMENDED COMPLAINT**
                                   )    **FOR BREACH OF CONTRACT,**
17  HORACE MANN PROPERTY &         )    **BAD FAITH DENIAL OF**
                                   )    **INSURANCE BENEFITS, FRAUD,**
18  CASUALTY INSURANCE COMPANY,    )    **AND RELARED CAUSES OF**
                                   )    **ACTION**
19  and  **RAYMOND PRUITT**        )
                                   )
20  Defendants.                    )        Dated 12.10.2024
                                   )
21                                 )        CIVIL UNLIMITED
                                   )
22                                 )
                                   )
23

24  **SECOND AMENDED COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH DENIAL OF**

25  **INSURANCE    BENEFITS,    FRAUD,    MALFEASANCE.    OPPRESSIVE    CONDUCT,**

26  **NEGLIGENCE,  VIOLATION  OF  CALIFORNIA  INSURANCE  CODE,  AND  RELATED**

27  **CAUSES OF ACTION**

EXHIBIT A
Case 2:24-cv-10546-MWF-BFM    Document 42    Filed 01/30/25    Page 37 of 57    Page ID
2:24-CV---Declaration of SAC  SAC  Operati  e  leading Filed 01/03/2024    #:674  .30.2025

**COME NOW,** Plaintiff Stephen Chapman and hereby files this Second Amended Complaint against Defendants Horace Mann Property & Casualty Insurance Company, and Raymond Pruitt, and alleges as follows:

## INTRODUCTION

Plaintiff Stephen Chapman files this Second Amended Complaint against Defendants Horace Mann Property & Casualty Insurance Company and Raymond Pruitt for damages resulting from wrongful policy cancellation, mismanagement of payments, and failure to honor obligations under California law.

## PARTIES

**Plaintiff Stephen Chapman** is an individual residing in Los Angeles County, California.

**Defendant Horace Mann Property & Casualty Insurance Company** is a corporation organized under the laws of Illinois, authorized to conduct business in California, and engaged in issuing policies to California residents.

**Defendant Raymond Pruitt** is a licensed insurance agent in California who directly managed Plaintiff's policy, including payments and communications, and whose actions contributed to the wrongful cancellation of Plaintiff's policy.

## JURISDICTION AND VENUE

**Jurisdiction is proper** under **Article VI, Section 10 of the California Constitution**, as the amount in controversy exceeds the jurisdictional threshold of the Superior Court.

**Venue is proper** under **California Code of Civil Procedure § 395(a)** because Defendants conduct substantial business in Los Angeles County, where the actions giving rise to this complaint occurred, including Defendant's communication and actions regarding Plaintiff's policy.

Additionally, Defendant Raymond Pruitt is a **California Registered Licensed Insurance Agent**; who's main office is located at 114 N INDIAN HILL #D **CLAREMONT, CA** 91711

Although Horace Mann Property & Casualty Insurance Company is headquartered in Illinois, conducts business in **California under its NAIC number 22756**, and its situs for purposes of this policy and dispute is California.

## FACTUAL ALLEGATIONS

2

EXHIBIT A

Case 2:24-cv-10546-MWF-BFM    Document 42    Filed 01/30/25    Page 38 of 57    Page ID
2:24-CV-10546-MWF-SCR    Declaration of SAC  SAC Operative pleading  Filed 01/03/2024    #:1357    01.30.2025

Plaintiff purchased an auto insurance policy (Initial Policy Number: 65000544570101, heretofore 65000544570102) on January 6, 2022, facilitated and managed by Defendant Pruitt. The premium for the initial **six-month term was $1,246.88 after the AAA membership discount**, which reflects the **"free coverage period" from January 10, 2022, to January 24, 2022** granted by Agent Raymond Pruitt on 01.24.2022.

Plaintiff made the following premium payments

- o **January 6, 2022**: $213.71 (Horace Mann processed payment on 01/27/2022)

Subsequent payments were made via the **Easy Pay** system:

- o **March 16, 2022**: $269.66
- o **April 18, 2022**: $269.65
- o **May 17, 2022**: $269.67
- o **June 16, 2022**: $531.50 (resulting in a **credit balance of $411.26**)

- On or around January 24, 2022, Defendant informed Plaintiff that due to internal system errors, a replacement policy/account Number: 65000544570102 was issued with the same terms, conditions, and coverage as the initial policy, backdated to January 10, 2022.

- **Defendant Raymond Pruit**t communicated via email that there would be **no cost for coverage from January 10, 2022, to January 24, 2022**, due to the **internal system error**. The initial payment made by Plaintiff on January 6, 2022 in the amount of $213.71 was processed on January 27, 2022.

- Despite the **timely payments and the credit balance**, Defendant canceled Plaintiff's policy on August 15, 2022, citing non-payment for July (approximately $270.00 due). Evidence indicates that the **$411.26 credit** was not applied to the July installment, which would have **maintained the policy in force with a positive forward balance credit of approx. $141.26.**

- Additionally, **falsely purported** payment records introduced as evidence by Defendant include **incorrect account numbers**, unrelated to Plaintiff's account in question.

- **Bank of America confirmed that no payments were declined** during the relevant period.

- Defendant assured Plaintiff multiple times that the policy was active and that any discrepancies regarding payment processing, policy execution, and internal errors were being addressed.

**Complaint for Breach of Contract, Bad Faith, Fraud, and Related Causes of Action**

EXHIBIT A

Case 2:24-cv-10546-MWF-BFM    Document 42    Filed 01/30/25    Page 39 of 57    Page ID
2:24-CV-... Declaration of SAC  SAC  Opent e  leading Filed 01/03/2024 ...30.2025

83  However, the **policy was canceled due to internal system errors and procedural**

84  **mismanagement**.

85  • Plaintiff was unable to meet employment requirements, which verifies and mandates consistent

86  vehicle ownership and a valid auto insurance policy of specified coverages. As a result of the

87  defendants inactions/actions, the Plaintiff was unable to comply with industry standards and IRS

88  requirements, directly impacting his ability to maintain gainful employment and loss wages.

89  • On July 8, 2022, per conditions of employment, Plaintiff requested a copy of the policy

90  declaration for the upcoming policy renewal scheduled for July 10, 2022. **On July 11, 2022,**

91  **Defendant, Raymond Pruitt, provided the policy declarations for both the auto and renters**

92  **policies, along with the auto insurance cards for the renewal period.** Despite the claim of

93  non-payment that allegedly occurred on 06/05/2022.

94  • On **November 21, 2022, Plaintiff filed a claim following an auto accident**. Defendant

95  submitted the claim AU02376913; while making no effort to resolve the matter the claim

96  remained active for several months, although subsequently denied the claim, citing the

97  [improper] cancellation of the policy.

98  • **Defendant did not comply with California Insurance Code § 662**, which requires proper

99  notice of cancellation and an opportunity for Plaintiff to cure any alleged deficiencies in

100  payment.

101  • Defendant also **presented transaction records** with redacted account numbers, which were later

102  found to be **inconsistent with Plaintiff's account**.

103  • A **recorded conversation** with a Horace Mann agent indicated that there were **procedural**

104  **errors,** and the **agent acknowledged payments made** that further review was required and

105  suggested that the **cancellation may have been improper**.

106  As a result of Defendant's actions, Plaintiff incurred financial losses, including medical expenses, lost

107  wages, and other related damages.

108  **CAUSES OF ACTION**

109  **FIRST CAUSE OF ACTION: Breach of Contract**

110  Plaintiff realleges and incorporates by reference all prior paragraphs as though fully set forth herein.

4

**Complaint for Breach of Contract, Bad Faith, Fraud, and Related Causes of Action**

- Defendants breached the insurance contract by failing to properly process payments, misapplying credits, and wrongfully canceling Plaintiff's policy despite his compliance with payment obligations.

- Wrongfully canceling Plaintiff's policy despite timely payments; proof of payments, and several attempts to resolve this matter in good faith

- Failing to properly notify Plaintiff of the cancellation as required under **California Insurance Code § 662**;

- Failing to honor Plaintiff's **legitimate insurance claim** following an accident in November 2022.

As a result of Defendant's breach, Plaintiff suffered damages including lost wages, medical expenses, policy benefits, Delayed treatment and quality of care for injuries sustained, lifelong pain and suffering, as well as emotional distress.

## SECOND CAUSE OF ACTION: Bad Faith Denial of Insurance Benefits

Plaintiff realleges and incorporates by reference all prior paragraphs as though fully set forth herein.

- Defendants acted in bad faith by ignoring documented payments, failing to credit overpayments, and submitting erroneous records to justify wrongful policy cancellation.

- Defendants' actions were intentional, malicious, and oppressive, warranting the imposition of punitive damages.

- Defendant knowingly and intentionally violated **California Insurance Code § 1861.03**.

As a result of Defendant's bad faith conduct, Plaintiff suffered due to delayed treatment and quality of care for injuries sustained, chronic pain and suffering, financial losses, emotional distress, and lost benefits.

## THIRD CAUSE OF ACTION: Fraud and Intentional Misrepresentation

Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

- Defendant knowingly made false representations regarding Plaintiff's policy status, including falsified transaction records and claims of declined payments.

- Defendant presented fraudulent records and statements to Plaintiff and the California Department of Insurance to justify the wrongful cancellation and undermine California State Insurance Code.

5

**Complaint for Breach of Contract, Bad Faith, Fraud, and Related Causes of Action**

EXHIBIT A
Case 2:24-cv-10546-MWF-BFM    Document 42    Filed 01/30/25    Page 41 of 57    Page ID
2:24-CV-10546-MWF-BFM    Declaration of SAC  SAC  Operative leading Filed 01/03/2024    #:476

139  Defendant's fraudulent conduct was intended to deceive Plaintiff, and the California Department of

140  Insurance causing Plaintiff financial harm and emotional distress, loss wages in time allocated towards

141  preparing objections aimed at claiming what the Plaintiff is lawfully entitled to.

**FOURTH CAUSE OF ACTION: Negligent Misrepresentation**

142

143  Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

144  • Defendant negligently misrepresented the status of Plaintiff's payments, policy, and coverage

145    through its agents.

146  These misrepresentations caused Plaintiff financial losses and emotional distress.

**FIFTH CAUSE OF ACTION: Breach of Fiduciary Duty**

147

148  Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

149  • Defendant owed Plaintiff a fiduciary duty to act in good faith and exercise reasonable care in

150    handling his policy and claims.

151  • Defendant breached this duty by wrongfully canceling the policy, misrepresenting payment

152    records, and failing to properly investigate Plaintiff's claims.

153  As a result, Plaintiff suffered financial harm and emotional distress.

**SIXTH CAUSE OF ACTION: Malfeasance**

154

155  Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

156  • Defendant engaged in malfeasance, including submitting fraudulent documents and

157    misrepresenting payment status to justify wrongful cancellation.

158  This conduct caused Plaintiff significant financial losses and emotional distress.

**SEVENTH CAUSE OF ACTION: Oppressive Conduct**

159

160  Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

161  • Defendant's actions in falsifying records, mishandling payments, and wrongfully canceling

162    Plaintiff's policy constitute oppressive misconduct.

163  • Defendant acted with malicious intent to deny Plaintiff his rightful benefits.

**EIGHTH CAUSE OF ACTION: Violation of California Insurance Code § 662**

164

165  Plaintiff realleges and incorporates by reference all prior paragraphs as though fully set forth herein.

**Complaint for Breach of Contract, Bad Faith, Fraud, and Related Causes of Action**

EXHIBIT A
Case 2:24-cv-10546-MWF-BFM    Document 42    Filed 01/30/25    Page 42 of 57    Page ID
2:24-cv-10546-MWF-BFM — Declaration of SAC  SAC  Opera e  leading Filed 01/03/2024  #:476  01.30.2025

166  • Defendants failed to comply with **California Insurance Code § 662** by issuing a defective
167    cancellation notice and failing to provide Plaintiff with a reasonable opportunity to cure the
168    alleged default.

169  • Defendant violated **California Insurance Code § 662** by failing to send correct and proper
170    notice of cancellation to Plaintiff's correct address.

171  This violation resulted in financial harm and emotional distress to Plaintiff.

172  **NINTH CAUSE OF ACTION: Violation of California Business & Professions Code § 17200**

173  Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

174  • Defendant engaged in unjust rejection, fraudulent and unfair business practices, violating
175    **California Business & Professions Code § 17200**.

176  Plaintiff is entitled to damages for Defendant's unfair and deceptive conduct.

177  **TENTH CAUSE OF ACTION: Intentional Infliction of Emotional Distress (IIED)**

178  Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

179  • Defendant's conduct, including mishandling and misrepresenting inaccurate records as
180    evidentiary support to [wrongfully] canceling the policy, was extreme and outrageous, causing
181    Plaintiff severe emotional distress.

182  • Defendant's egregious refusal to accept responsibility contributed to the deterioration of an
183    already aggravated injury sustained during the subject accident claim.

184  As a result the Plaintiff endured debilitating pain and suffering which requires ongoing MRI exams,
185  treatment, therapy, and prescription medications.

186  **ELEVENTH CAUSE OF ACTION: Negligent Infliction of Emotional Distress (NIED)**

187  Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

188  Defendant's negligent handling of Plaintiff's payments and policy caused foreseeable emotional distress.

189  **PRAYER FOR RELIEF**

190  **WHEREFORE,** Plaintiff prays for judgment against Defendant as follows:

191  1. For **compensatory** damages in an amount to be determined at trial, including medical expenses,
192     lost wages, and policy benefits;

193  2. For **punitive** damages for Defendant's fraudulent, malicious, and oppressive conduct;

**Complaint for Breach of Contract, Bad Faith, Fraud, and Related Causes of Action**

EXHIBIT A

Case 2:24-cv-10546-MWF-BFM    Document 42    Filed 01/30/25    Page 43 of 57   Page ID
2:24-CV-10546-Declaration of SAC  SAC  Operative  leading Filed 01/03/2024.30.2025

3. For **consequential** damages, including emotional distress and the physical toll caused by the wrongful cancellation;

4. For **billable hour costs** incurred equal to that of attorney's fees and costs as allowed by **California Code of Civil Procedure § 1021.5**;

5. For **unpaid policy benefits**, less any amounts exceeding the at-fault driver's policy limits;

6. For **interest** on all damages as allowed by law;

7. For **any other relief the Court deems just and proper**, including but not limited to reimbursement for additional costs incurred in addressing the wrongful cancellation.

**EXHIBITS**

• **Exhibit A:** Payment records showing timely payments and account details (to be provided upon request).

• **Exhibit B:** Fraudulent or misrepresented transaction records containing coverup of incorrect account numbers that were submitted to justify the wrongful cancellation (to be provided upon request).

• **Exhibit C:** Transcriptions of phone call conversations with Horace Mann agents acknowledging internal errors and required confirmation of justly cancellation (to be provided upon request).

• **Exhibit D**: Medical and therapy records and imaging documenting the physical and emotional damages sustained as a result of the wrongful cancellation (to be provided upon request).

• **Exhibit E:** Email Correspondences that support allegations of involvement and potential liability made against Defendant Raymond Pruitt

**Complaint for Breach of Contract, Bad Faith, Fraud, and Related Causes of Action**

EXHIBIT A

Declaration of SAC  SAC  Operative  leading Filed 01/03/2024

2:24-CV-10546-MWF-BFM 01.30.2025

222

223

224

225

226

227

_____

228

229

230

231

232

233

234

235

236

237

238

239

240

241

242

243

244

245                                                                    **DATED**: 12.10.2024

246

247                                                                    **Stephen Chapman**

248                                                                    **Plaintiff, In Pro Per**

**Complaint for Breach of Contract, Bad Faith, Fraud, and Related Causes of Action**

# EXHIBIT E

**Document: Email correspondence with opposing counsel.**
**Includes: Statements dismissing the procedural validity of the SAC, despite the state court acceptance.**

*See  >link< attached herein --*
*'DECLARATION OF STEPHEN CHAPMAN*
*AND SUBSEQUENT EXHIBIT A'*

.

# EXHIBIT F

**Document: Defendant's Notice of Removal filed in federal court on December 6, 2024.
Includes: Filing confirmation and date.**

# EXHIBIT G

**Document: Plaintiff's Motion to Strike Notice of Removal and Remand submitted in state clerk 12/30/2024- filed in state court on**

**01/03/2025 - Scheduled for Hearing 03/13/2025**
**Includes: Clerk Endorsed Copy**
**See Ledger Under (Exhibit A) herein**

NOTICE:

Aimed to reduce waste and preserve the time of the court the complete copy of the Motion heretofore "EXHIBIT G' has been provided in the electronic version of this document filed with the court.

1   **Stephen Chapman**

2   7917 Selma Ave 336

    Los Angeles CA 90046

3   619-550-7543

4   StefinChapman@outlook.com

    Plaintiff, In Pro Per

5

Electronically FILED by
Superior Court of California,
County of Los Angeles
1/06/2025 12:38 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By K. Hung, Deputy Clerk

6                    **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

7                         **FOR THE COUNTY OF LOS ANGELES**

8

9   **STEPHEN CHAPMAN,**                    | **Case No.**: 24STCV27909

10                       Plaintiff,          | **Judge:** Honorable Michael Shultz

                                             | **Dept**. 40

11  vs.                                      | **Hearing Date**: March 13, 2025

                                             | **Hearing Time**: 08:30 AM

12

13  **HORACE MANN PROPERTY &**               | **NOTICE OF MOTION AND MOTION TO**

    **CASUALTY INSURANCE COMPANY, et**       | **STRIKE NOTICE OF REMOVAL,**

14  **al.,**                                 | **RECOGNIZE SECOND AMENDED**

                                             | **COMPLAINT AS OPERATIVE**

15                                           | **PLEADING, AND REMAND TO STATE**

16                                           | **COURT**

                    Defendants (Inclusive Of Does 1 |

17  Through 50, Inclusive, And Each Of Them). | **DATED:** 12/30/2024

18                                           | **Res. # 302742640065**

19

20                              **NOTICE OF MOTION AND MOTION**

21                   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

22

23      **PLEASE TAKE NOTICE** that on **March 13, 2024**, at **8:30 AM**, or as soon thereafter as

24  the matter may be heard in Department 40 of the Stanley Mosk Courthouse, located at 111 N.

25  Hill Street, Los Angeles, CA 90012, Plaintiff Stephen Chapman will, and hereby does, move

26  the Court for an order:

27

28

                         **NOTICE OF  OTION AND  OTION**
                                        Page 1

1. **Striking the Notice of Removal** filed by Defendant Horace Mann Property & Casualty Insurance Company pursuant to **28 U.S.C. § 1447(c)**;

2. **Recognizing the Second Amended Complaint (SAC)** as the operative pleading, with the filing date retroactively applied to **December 10, 2024, the date it was submitted and accepted by the State Superior Court before removal;**

3. **Remanding this case to the Superior Court of California, County of Los Angeles**, on the following grounds:

   - **Destruction of complete diversity**: Defendant Raymond Pruitt, the agent of record, is a California-licensed insurance agent and a resident of California; and

   - **Procedural defects in the notice of removal**: The defense failed to file the notice of removal with the state court, as required by **28 U.S.C. § 1446(d)**.

4. Staying federal proceedings pending resolution of this motion.

This motion is based on:

- This Notice of **Motion and Motion,**

- The attached **Memorandum of Points and Authorities**,

- **Exhibits** submitted in support of the motion;

- The Accepted **Second Amended Complaint**

- The **Declaration** of Plaintiff Stephen Chapman, and

- Any further evidence and argument presented at or before the hearing.

Dated: 12/30/2024
Respectfully submitted,
.........................................
**STEPHEN CHAPMAN**
**Plaintiff, In Pro Per**

NOTICE OF   OTION AND   OTION
age 2

Journal Technologies Court Portal

01.30.2025

# Court Reservation Receipt

## Reservation

**Reservation ID:**
302742640065

**Status:**
RESERVED

**Reservation Type:**
Motion for Order (Striking Defendant's Notice of
Removal, Grant Leave to Amend Complaint, and Remand
Case to State Court)

**Number of Motions:**
1

**Case Number:**
24STCV27909

**Case Title:**
STEPHEN CHAPMAN vs HORACE MANN PROPERTY &
CASUALTY INSURANCE COMPANY

**Filing Party:**
Stephen Chapman (Plaintiff)

**Location:**
Stanley Mosk Courthouse - Department 40

**Date/Time:**

March 13th 2025, 8:30AM

**Conrmation Code:**

CR-T4VNHHZNFZCVYLTHW

## Fees

| | | |
|---|---|---|
| Motion for Order (name extension) *** Fees Exempted by Fee Waiver *** | 0.00 | 1 0.00 |
| TOTAL | | |

## Payment

**Amount:**
$0.00

**Type:**
FEE_WAIVER

| Back to Main | Print Page |
|---|---|

Copyright © Journal Technologies, USA. All rights reserved.

Help

# EXHIBIT H

**Document: Plaintiff's Ex Parte Application to the federal court for judicial notice.
To be Stricken from Record per Jurisdiction and the Enclosed Memorandum of Points and
Authorities Herein**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Stephen Chapman

PLAINTIFF(S)

v.

Horace Mann Property and Casualty Insurance Company, et al.,

DEFENDANT(S).

**CASE NUMBER:**

2:24-cv-10546-MWF-BFM

**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**

### PLEASE TAKE NOTICE:

The following problem(s) have been found with your filed document:

| 01/23/2025 | N/A | Proposed Order |
|---|---|---|
| Date Filed | Document No. | Title of Document |

### DOCKETING AND FORMATTING ERRORS:

☐ Local Rule 11-3.8 title page is missing, incomplete, or incorrect
☐ Document lacks required signature
☐ Document linked incorrectly to the wrong document/docket entry
☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Incorrect event selected. Correct event to be used is _____
☐ Proposed document was not submitted or was not submitted as a separate attachment
☐ Other: _____

### MOTION-RELATED ERRORS:

☐ Local Rule 7-3 compliance statement missing
☐ Local Rules 6-1, 7-9, 7-10 motion, opposition, or reply papers untimely
☐ Hearing information is missing, incorrect, or untimely
☐ Local Rule 11-6 Memorandum exceeds 25 pages
☐ Other: _____

### OTHER ERRORS:

☐ Local Rule 83-2.5 no letters to the Judge
☐ Fed. R. Civ. P. 5 no proof of service attached
☐ Local Rule 7-1.1 no notice of interested parties
☑ Other:  Proposed documents require a signature by the court only.
_____

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  01/24/2025

By: M. Robles Vazquez (213)894-3535
Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-112A (06/24)          NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Stephen Chapman
7917 Selma Ave No 336
Los Angeles CA 90046
--Case Participants: Marc J. Shrake (mshrake@fmglaw.com, slovos@fmglaw.com), Kristin A
Ingulsrud (connie.spears@fmglaw.com, kristin.ingulsrud@fmglaw.com), Judge Michael W. Fitzgerald
(crd_fitzgerald@cacd.uscourts.gov), Magistrate Judge Brianna Fuller Mircheff
(crd_fullermircheff@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<39392131@cacd.uscourts.gov>Subject:Activity in Case 2:24-cv-10546-MWF-BFM
Stephen Chapman v. Horace Mann Property and Casualty Insurance Company Deficiency in Filed
Documents (G-112A) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 1/24/2025 at 3:46 PM PST and filed on 1/24/2025

| | |
|---|---|
| **Case Name:** | Stephen Chapman v. Horace Mann Property and Casualty Insurance Company |
| **Case Number:** | 2:24-cv-10546-MWF-BFM |
| **Filer:** | |
| **Document Number:** | 14 |

**Docket Text:**
**NOTICE TO FILER OF DEFICIENCIES in Filed Document RE: Ex Parte [11]. The following
error(s) was/were found: Proposed documents require a signature by the court only. In response
to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order
the document stricken; or (3) take other action as the Court deems appropriate. You need not
take any action in response to this notice unless and until the Court directs you to do so. (iv)**

**2:24-cv-10546-MWF-BFM Notice has been electronically mailed to:**
Marc J. Shrake    slovos@fmglaw.com, mshrake@fmglaw.com
Kristin A Ingulsrud    connie.spears@fmglaw.com, kristin.ingulsrud@fmglaw.com
**2:24-cv-10546-MWF-BFM Notice has been delivered by First Class U. S. Mail or by other means**

# EXHIBIT I

**Document: Communication from the State Court Clerk.**
**Includes: Explicit confirmation of the SAC as the operative pleading.**

| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES** |
| :--- |
| **Branch Name:** Stanley Mosk Courthouse |
| **Mailing Address:** 111 North Hill Street |
| **City, State and Zip Code:** Los Angeles CA 90012 |

| **SHORT TITLE:** STEPHEN CHAPMAN vs HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY | **CASE NUMBER:** 24STCV27909 |
| :--- | :--- |
| **NOTICE OF CONFIRMATION OF ELECTRONIC FILING** | |

The Electronic Filing described by the below summary data was reviewed and accepted by the Superior Court of California, County of LOS ANGELES. In order to process the filing, the fee shown was assessed.

**Electronic Filing Summary Data**

Electronically Submitted By:   Journal Technologies Inc.
Reference Number: EF-fc9bdeb46ddb
Submission Number: 25LA00113170
Court Received Date: 01/19/2025
Court Received Time: 1:28 pm
Case Number: 24STCV27909
Case Title: STEPHEN CHAPMAN vs HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY
Location: Stanley Mosk Courthouse
Case Type: Civil Unlimited
Case Category: Insurance Coverage (not complex)
Jurisdictional Amount: Over $35,000
Notice Generated Date: 01/24/2025
Notice Generated Time: 7:58 am

| **Documents Electronically Filed/Received** | **Status** |
| :--- | :--- |
| ██████████████ | ██████ |
| ████████████ | ██████ |
| | ████████████████████ |
| Summons | Rejected |
| | Reject Reason(s): Other: summons- does not match the complaint (operative pleading is 2nd amended complaint) |

Supplemental Declaration (name extension)          Rejected

Reject Reason(s):
Other: declaration- duplicate document, already in our system, if
this is an exhibit it requires a new caption/face page

**Comments**

Submitter's Comments: Requests Summons for Amended Complaint to serve Defendant Raymond Pruitt. Clean
SAC copy included; attachments show SAC as operative (filed Declaration, 'accepted' SAC). Aimed to ensure
compliance, avoid delay, and address stay ahead of 03-13-2025 motion.

Clerk's Comments:

**Electronic Filing Service Provider Information**

Service Provider: Journal Technologies Inc.

Contact: Journal Technologies Inc.

Phone: (877) 545-1842 Ext. 1

<u>**SEE STATE COURT DOCKET HERETOFORE "EXHIBIT B"**</u>