**STEPHEN CHAPMAN**
**7917 Selma Ave, Unit 336**
**Los Angeles, CA 90046**
**619-550-7543**
**StefinChapman@outlook.com**
**Plaintiff Pro Se**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CHAPMAN, | Case No.: 2:24-CV-10546-MWF-BFM |
| | Hon. Michael W. Fitzgerald |
| Plaintiff, | |
| vs. | **PLAINTIFF'S SUPPLEMENTAL BRIEF AND EVIDENTIARY DECLARATION IN SUPPORT OF MOTION FOR RECONSIDERATION, MOTION TO STRIKE, MOTION FOR SANCTIONS, AND OBJECTION TO CONTINUED FEDERAL JURISDICTION** |
| HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY, et al, | |
| Defendant | *"Fraus Omnia Vitiat" — Fraud Vitiates All: Demonstrating Defendant's Procedural Misconduct, CM/ECF Abuse, and Fraud Upon the Court* |

**PLAINTIFF'S SUPPLEMENTAL BRIEF AND EVIDENTIARY DECLARATION**

# Table of Contents

**INTRODUCTION** ................................................................................................................ **5**

    **SECTION 1(Table): TARGETED ASSERTIONS CONTRARY TO LEGALLY AUTHORITY & FORSENSICS** .... **5**

    **SECTION 2: SUPPLEMENTAL LEGAL ARGUMENTS** ................................................. **7**

    **SECTION 3: DECLARATIONS AND EVIDENTIARY SUPPORT** ............................... **8**

    **APPENDICES OF LEGAL AUTHORITIES –CONTROLLING PRECEDENCE** ........ **8**

**CONCLUSION** ................................................................................................................ **10**

**EXHIBIT 1** ......................................................................................................................... **12**

**EXHIBIT 2** ......................................................................................................................... **13**

**EXHIBIT 3** ......................................................................................................................... **14**

**EXHIBIT 3.1** ...................................................................................................................... **15**

**EXHIBIT 3.2** ...................................................................................................................... **16**

**EXHIBIT 4** ......................................................................................................................... **17**

**DECLARATION** .............................................................................................................. **19**

### TO THE HONORABLE COURT

## INTRODUCTION

Plaintiff, Stephen Chapman, pleading in this matter pro se moves this court to strike Dkt 34, and it's supporting declarations which have been specifically designed to taint the record and bolster Contrary falsehoods that are made in 34 and preceding arguments like 25, 25-1, and the outlandish, "miscellaneously" filed unilateral Rule 26(f) report [Dkt. 16] and **second** Rule 26(f) report [Dkt. 28] must be stricken for willfully entering false statements and rhetoric into the record—which the egregious nature, arguably puts the defendant in contempt of court; aimed at appearing "well-supported." However, upon objective review, instead of blind reliance, the court may find the defenses' arguments are completely fictitious and demonstrably incorrect – therefore compelling the pro se Plaintiff into conducting reviews of every opposition filed by the defense in this matter, thereby the court should expect several more of these "notices" to follow so that the record stands with honor and reflects the truth.

### SECTION 1(Table): TARGETED ASSERTIONS CONTRARY TO LEGALLY AUTHORITY & FORSENSICS

| Dkt 34 Reference | Defense Assertion | Plaintiff Rebuttal |
|---|---|---|
| **¶1-5** | Removal timely; Complaint attached to Notice of Removal (NOR) | **Refuted**: Forensic metadata shows Complaint and FAC were not attached at removal (Dec 6, 2024) but inserted Dec 11, 2024. This violates 28 U.S.C. § 1446(a) and renders removal defective.[1] |

---

[1] Evidence suggests that the complaint ("*Discovery*")("Exh. A"), "other complaint" ("*Discovery*")("Exh. A") and the answer ("*Discovery*")("Exh. B") were strategically attached to create an advantageous void in the record that could be used to "modify" the record without judical scrutiny. This playbook practice may provide ample opportunity for attorneys to intervene otherwise procedural errors caused by their own malfeasance and Fraud on the Court. Federal record tampering in due course to correct the Maligned timing inherently associated to

| | | |
|---|---|---|
| **¶6-10** | Email service was courtesy only | **Refuted**: Proof of Service confirms intent to serve by email and mail; electronic service requires Plaintiff's explicit consent under FRCP 5(b)(2)(E), which was never granted. |
| **¶11-20** | PACER and CM/ECF filings proper | **Refuted**: Non-attorney staff accessed attorney PACER credentials, violating Local Rule 5-4.1.1 and FRCP 11(a); these defects undermine the integrity of filings and authorize challenge. |
| **¶21-30** | Diversity jurisdiction stands; forum defendant irrelevant | **Refuted**: Raymond Pruitt, named forum defendant, was on the docket pre-removal; Ninth Circuit precedent (Hunter, Lively) prohibits removal when a properly joined forum defendant exists. |
| **¶31-40** | Amount in controversy exceeds $75,000 | **Refuted**: Plaintiff controls damages claim; under Richmond v. Allstate, Plaintiff may stipulate under the threshold to block federal jurisdiction; no judicially binding concession was made. |
| **¶41-50** | Rule 26(f) report filed correctly | **Refuted**: Defense unilaterally filed the Rule 26(f) report without Plaintiff's participation, breaching FRCP 26(f)(2) and Local Rule 26-1; event code misclassification compounds the violation. |
| **¶51-60** | Timely state court notification under § 1446(d) | **Refuted**: State court was not notified until Jan 7, 2025, outside the statutory window; removal was thus incomplete and invalid under § 1446(d). |

---

anticipatorily address mail delays and default incurred through the deployment of a centralized distribution system located in or around Houston Texas where "*the firms practice of collection and processing correspondence for mailing*" (see, EXHBIT 1) attached ("Affidavit" POS) are allegedly coordinated by FMG and "*under that practice it would be deposited with U.S. postal service on that same day with postage there on fully prepaid at Los Angles, California in the ordinary course of business*." (Id).

Accordingly, this practice requires manual intervention, coordination from the court clerk or inadvertent access to the record by the attorney or person associated that initial opening of the case to then redress the void (aka "Exhibit A[2]" and the omitted ==Exhibit C== (MIA Post Hac) documents where and when a discrepancy is flagged, thus the opportunity to exploit manipulate and defy the United States of America's Judiciary System and the Right to Fair Adjudication has been stripped from its core.(see EXHIBIT 1: "Modified Att: 3" at NOR 1)

**PLAINTIFF'S SUPPLEMENTAL BRIEF AND EVIDENTIARY DECLARATION**

¶61- Plaintiff's motions frivolous; sanctions warranted

**Refuted**: Plaintiff's rights to challenge jurisdictional and procedural defects under FRCP 60(b), 60(d)(3), Mission Power, and Richmond are preserved; defense arguments mischaracterize the law. Plaintiff disregards the failure to serve answer at the State court action thereby rendering the plaintiff's objections timely and proper – this court must acknoleged the evidence filed in this regard – *See* Plaintiff's Request for Reconsideration of Motion to Remand. Filed 5/09/2025 (Dkt 45).

---

## SECTION 2: SUPPLEMENTAL LEGAL ARGUMENTS

1. **28 U.S.C. § 1446(a) Violations**
   - NOR missing Complaint/FAC: procedural defect.
   - Failure to attach state court pleadings mandates remand under § 1447(c).
2. **Forum Defendant Rule (§ 1441(b)(2))**
   - Raymond Pruitt, California resident, preserved as forum defendant, blocks diversity removal.
3. **FRCP 5(b)(2)(E) Violations**
   - No consent to email service; improper service nullifies defense reliance on courtesy argument.
4. **CM/ECF Credential Misuse**
   - Violation of Local Rule 5-4.1.1; exposes filings to challenge under FRCP 11(a).
5. **Amount in Controversy**
   - Plaintiff reserves right to stipulate below $75,000 threshold to defeat federal jurisdiction.
6. **Judicial Bias and Recusal Grounds**
   - Liteky v. United States, 510 U.S. 540 (1994): pattern of bias, disregard of material evidence.
7. **Sanctions Demand**
   - Seek FRCP 11(c), 28 U.S.C. § 1927, Local Rule 83-7 sanctions for defense misrepresentations and bad-faith tactics.

**PLAINTIFF'S SUPPLEMENTAL BRIEF AND EVIDENTIARY DECLARATION**

## SECTION 3: DECLARATIONS AND EVIDENTIARY SUPPORT

| Filing | Purpose |
| --- | --- |
| **DECL.** EVIDENTIARY **STATEMENT** [67:11] | Authenticates metadata discrepancies, NEF timeline, and PACER record anomalies. |
| **DECL. MOTION RECONSIDER REMAND** [67:4] | Details corporate disclosure failures under Rule 7.1 and misrepresentation of ownership. |
| **METADATA ANALYSIS FORENSICS** [67:11] | Documents manual docket modifications and backdated entries. |
| **SUPPLEMENTAL JUDICIAL NOTICE** [67:12] | Alerts court to missing filings, seeks docket correction. |
| **SUPPLEMENTAL MOTION (4TH CAUSE)** [67:6] | Preserves forum defendant argument, highlights regulatory violations. |
| **DECL. FORUM DEFENDANT** [67:15] | Confirms forum defendant status of Pruitt and his agency; cites California regulatory records. |

## APPENDICES OF LEGAL AUTHORITIES –CONTROLLING PRECEDENCE

| Legal Issue | Binding Ninth Circuit Authority | Citation + URL |
| --- | --- | --- |
| Forum Defendant Rule (Pre-service, diversity destruction) | Hunter v. Philip Morris USA, 582 F.3d 1039 (9th Cir. 2009) | https://cdn.ca9.uscourts.gov/datastore/opinions/2009/09/30/07-56674.pdf |
| Forum Defendant Rule enforcement | Lively v. Wild Oats Markets, Inc., 456 F.3d 933 (9th Cir. 2006) | https://law.justia.com/cases/federal/appellate-courts/ca9/04-56682/0456682-2011-02-25.html |

| Legal Issue | Binding Ninth Circuit Authority | Citation + URL |
|---|---|---|
| Procedural defect, mandatory remand, timeliness | Kelton Arms Condo. Owners Ass'n v. Homestead Ins. Co., 346 F.3d 1190 (9th Cir. 2003) | https://law.justia.com/cases/federal/appellate-courts/F3/346/1190/510808/ |
| Abstention doctrine (insurance regulatory matters) | United States v. Morros, 268 F.3d 695 (9th Cir. 2001) | https://law.justia.com/cases/federal/appellate-courts/F3/268/695/608525/ |
| Amount in controversy, plaintiff's right to limit damages | Richmond v. Allstate Ins. Co., 897 F. Supp. 447 (S.D. Cal. 1995) (cited favorably) | https://law.justia.com/cases/federal/district-courts/FSupp/897/447/1470628/ |
| Sanctions, improper filings, bad faith conduct | Mission Power Eng'g Co. v. Continental Cas. Co., 883 F. Supp. 488 (C.D. Cal. 1995) (applied in Ninth Circuit) | https://www.courtlistener.com/opinion/8730597/mission-power-engineering-co-v-continental-casualty-co/ |
| Judicial bias, recusal standard | Liteky v. United States, 510 U.S. 540 (1994) (Supreme Court, controlling) | https://supreme.justia.com/cases/federal/us/510/540/ |

---

## CONTROLLING AUTHORITY (WITH PINPOINT)

- **Hunter v. Philip Morris USA, 582 F.3d 1039, 1043–44 (9th Cir. 2009)** — forum defendant bars removal.

- **Lively v. Wild Oats Markets, Inc., 456 F.3d 933, 939 (9th Cir. 2006)** — Congress designed forum defendant rule to prevent removal gamesmanship.

- **Kelton Arms Condo. Owners Ass'n v. Homestead Ins. Co.,** 346 F.3d 1190, 1192 (9th Cir. 2003) — procedural defects require remand.

- **Richmond v. Allstate Ins. Co., 897 F. Supp. 447, 450–51 (S.D. Cal. 1995)** — plaintiff's stipulation limits jurisdiction.

- **Mission Power Eng'g Co. v. Continental Cas. Co., 883 F. Supp. 488, 491–92 (C.D. Cal. 1995)** — sanctions proper for bad-faith filings.
- Liteky v. United States, 510 U.S. 540, 555 (1994) — judicial bias review standard.

---

## CONCLUSION

This Court should demonstrate objective and independent adjudication – the appearance of repetitive typos suggests copy/paste rulings instead judical consideration insight and deliberation. *See* [**Dkt Nos.17, and 27 citing "28 U.S.C. §§ 1132"** in error & without correction], *See* [**Dkt. No. 40 (**mischaracterizing the operative complaint and adopting defenses' bias arguments "See (NOR at 2)" that omit and misrepresent the plaintiff's core allegations**).** *This indicates a **troubling pattern** whereby the Court has, perhaps inadvertently, substituted the defense's reframing directly and subconsciously ("looped" repetitive and scaled reframing of statements maligned with the truth that are carefully prescribed throughout their arguments) for the actual complaints and thus **skewed its ability to reason objectively on the merits –contrary to Rule 8 and due process.***

---

## ACCORDINGLY, THE PLAINTIFF'S PRAYERS:

1. Carefully re-review the record;
   Correct the falsehoods and strike all evidence of bad faith litigation;
2. Use it's inherent authority and issue Sanctions for procedural misconduct;
   Judicial notice of all rebuttal evidence and filings;
3. Order of Preservation (all records related to service of documents that the Defendant is or should have been "readily aware" of;

Preservation of rights to further challenge jurisdictional and procedural defects.

Respectfully submitted,

**Stephen R. Chapman, Plaintiff Pro Se**
**Date: May 10, 2025**

---

## CERTIFICATE OF SERVICE

**I certify that on May 10, 2025, I filed this redline rebuttal brief via CM/ECF, serving all registered participants.**

**Stephen R. Chapman, Plaintiff Pro Se**

# EXHIBIT 1

## FMG CERTIFICATE OF SERVICE

## AFFIDAVIDT

**PROOF OF SERVICE**

*Stephen Chapman v. Horace Mann Property, et al. | Case No. 24STCV27909*

I am over 18 years of age and not a party to this action.  I am employed in Los Angeles, California. My business address is 550 S. Hope Street, Suite 2200, Los Angeles, California 90071, my email: connie.spears@fmglaw.com.

On December 5, 2024, I served a copy of the document(s) titled **ANSWER OF HORACE MANN PROPERTY AND CASUALTY INSURANCE COMPANY TO FIRST AMENDED COMPLAINT** in the manner described below:

| | |
|---|---|
| **STEPHEN CHAPMAN, IN PRO PER**<br>7917 Selma Avenue 336<br>Los Angeles, CA 90046<br>T: 619.550.7543<br>**stefinchapman@outlook.com** | |

☒ **(BY MAIL)** I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of FREEMAN MATHIS & GARY, LLP and addressed as shown on the attached service list, for collection and delivery by FEDEX to receive said documents, with delivery fees provided for.  I am readily familiar with the practices of FREEMAN MATHIS & GARY, LLP for collection and processing of documents for overnight delivery and said envelope(s) will be deposited for receipt by FEDEX on said date in the ordinary course of business.

☐ **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

☒ **(BY-E-MAIL)** I caused a copy of the document(s) to be sent from e-mail address connie.spears@fmglaw.com to the person(s) at the email address(es) listed in the attached Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(STATE)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 5, 2024, at Houston, Texas.

_____
Connie Spears

PROOF OF SERVICE

Exh. B - 25

# EXHIBIT 2

**SCREENSHOT OF FEDERAL DOCKET**

**CASE OPENING EVENTS**
**(AS THEY APPEAR POST HAC MODIFICATION)**



Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (car)

4   adr   **Notice to Parties of Court-Directed ADR Program (ADR-8) - optional html form**   Wed 12/11 11:08 AM
NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (car)

3   notice   **Notice of Assignment to United States Judges (CV-18) - optional html form**   Wed 12/11 11:08 AM
NOTICE OF ASSIGNMENT to District Judge Michael W. Fitzgerald and Magistrate Judge Brianna Fuller Mircheff. (car)

### Friday, December 06, 2024

2   notice   **Certificate/Notice of Interested Parties**   Fri 12/06 5:11 PM
NOTICE of Interested Parties (Ingulsrud, Kristin)

1   notice   **Notice of Removal (Attorney Civil Case Opening)**   Fri 12/06 5:08 PM
NOTICE OF REMOVAL from County of Los Angeles, case number 24STCV27909 Receipt No: ACACDC-38712961 - Fee: $405, filed by Defendant HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY. (Attorney Kristin A Ingulsrud added to party HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY(pty:dft))(Ingulsrud, Kristin)

     Att: 1   Civil Cover Sheet,
     Att: 2   Declaration Declaration of Matthew Rubin,
     Att: 3   Declaration Declaration of Kristin A. Ingulsrud

cmp   **Complaint - (Discovery)**   Wed 12/11 11:10 AM
CONFORMED COPY OF COMPLAINT against Defendants Horace Mann Property and Casualty Insurance Company, filed by Plaintiff Stephen Chapman. Filed in State Court on 10/24/2024 Submitted with Attachment 3 Exhibit A to Notice of Removal1 (car) Modified on 12/11/2024 (car)

othcmp   **Amended Complaint**   Wed 12/11 11:13 AM
CONFORMED COPY OF FIRST AMENDED COMPLAINT against Defendant Horace Mann Property and Casualty Insurance Company amending Complaint - (Discovery), filed by Plaintiff Stephen Chapman. Filed in State Court on 11/14/2024 Submitted with Attachment 3 Exhibit A to Notice of Removal1 (car)

answer   **Answer to Complaint (Discovery)**   Wed 12/11 11:16 AM
NON-CONFORMED COPY OF ANSWER to Amended Complaint, filed by Defendant Horace Mann Property and Casualty Insurance Company. Submitted with Attachment 3 Exhibit B to Notice of Removal1 (car)

# EXHIBIT 3

**FORENSIC ANALYSIS METADATA CASE OPENING NEF LEAD DOCUMENTS ENCLOSURES AND ATTACHMENTS OR LACK THEREOF**

**Document Selection Menu**

Select the document you wish to view.

| Document Number: | ☑ | 1 | | 5 pages | 60.2 KB |
|---|---|---|---|---|---|

| | **Attachment** | **Description** | **Pages** | **Size** |
|---|---|---|---|---|
| ☑ | 1 | Civil Cover Sheet | 4 pages | 88.8 KB |
| ☑ | 2 | Declaration Declaration of Matthew Rubin | 6 pages | 697.5 KB |
| ☑ | 3 | Declaration Declaration of Kristin A. Ingulsrud | 31 pages | 1.2 MB |

| View Selected | or | Download Selected | | 46 pages | 2.0 MB |
|---|---|---|---|---|

**EXHIBIT : PAGE 10**

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:<39136919@cacd.uscourts.gov>
Subject:Activity in Case 2:24-cv-10546 CHAPMAN v. HORACE MANN PROPERTY & CASUALTY INSURANCE
COMPANY Notice of Removal (Attorney Civil Case Opening)
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Ingulsrud, Kristin on 12/6/2024 at 5:08 PM PST and filed on 12/6/2024

| | |
|---|---|
| **Case Name:** | CHAPMAN v. HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY |
| **Case Number:** | 2:24-cv-10546 |
| **Filer:** | HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY |
| **Document Number:** | 1 |

**Docket Text:**

**NOTICE OF REMOVAL from County of Los Angeles, case number 24STCV27909 Receipt No: ACACDC-38712961 - Fee: $405, filed by Defendant HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY. (Attachments: # (1) Civil Cover Sheet, # (2) Declaration Declaration of Matthew Rubin, # (3) Declaration Declaration of Kristin A. Ingulsrud) (Attorney Kristin A Ingulsrud added to party HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY(pty:dft)) (Ingulsrud, Kristin)**

**2:24-cv-10546 Notice has been electronically mailed to:**

Kristin A Ingulsrud    kristin.ingulsrud@fmglaw.com, connie.spears@fmglaw.com

**2:24-cv-10546 Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

STEPHEN CHAPMAN

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\1-2024-12-06 Notice of Removal.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/6/2024] [FileNumber=39136917-0
] [0679f69bcfd8c30e7776376338dc3f50d465874f7ce5e4c1bc7230f4fbd7669562e
8811f92bd581895b54221218016d7163088b08d34b173c0c681333aff18b2]]

**EXHIBIT : PAGE 11**

## Verify Document(s)

[2:24-cv-10546-MWF-BFM Stephen Chapman v. Horace Mann Property and Casualty Insurance Company](#)

| Date | # | Docket Text |
|------|---|-------------|
| 12/06/2024 | 1 | NOTICE OF REMOVAL from County of Los Angeles, case number 24STCV27909 Receipt No: ACACDC-38712961 - Fee: $405, filed by Defendant HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY. (Attachments: # 1 Civil Cover Sheet, # 2 Declaration Declaration of Matthew Rubin, # 3 Declaration Declaration of Kristin A. Ingulsrud) (Attorney Kristin A Ingulsrud added to party HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY(pty:dft))(Ingulsrud, Kristin) |

File size is 61639

File size is 90920

File size is 714259

File size is 1207646

# Original Signature(s)

**Document No:** 39136917
**Document description:**Main Document
**Original filename:**C:\fakepath\1-2024-12-06 Notice of Removal.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/6/2024] [FileNumber=39136917-0
] [0679f69bcfd8c30e7776376338dc3f50d465874f7ce5e4c1bc7230f4fbd7669562e
8811f92bd581895b54221218016d7163088b08d34b173c0c681333aff18b2]]

**Document No:** 39136917
**Document description:**Civil Cover Sheet
**Original filename:**C:\fakepath\2024-12-06 Civil Cover Sheet.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/6/2024] [FileNumber=39136917-1
] [2b371bedbf34b71f399afc1f57fb3a7bd85f9d03b8294f4f39fb35f0a53eefd3881
04cb866cc481f452867bc2aa82e6fb4f5cd79faa090783a74b0256fadd94e]]

**Document No:** 39136917
**Document description:**Declaration Declaration of Matthew Rubin
**Original filename:**C:\fakepath\4-2024-12-06 SIGNED Dec of Rubin.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/6/2024] [FileNumber=39136917-2
] [98ea46ada087d5463605ba28868970eabdd0588a992978e3ed8137c312c0228ac0c
7e79281711ef794508080240b7e077a628d073a1ef2ddf288690b09a13b53]]

**Document No:** 39136917
**Document description:**Declaration Declaration of Kristin A. Ingulsrud
**Original filename:**C:\fakepath\3-2024-12-06 Declaration of Ingulsrud.pdf
**Electronic document Stamp:**

**EXHIBIT : PAGE 12**

[STAMP cacdStamp_ID=1020290914 [Date=12/6/2024] [FileNumber=39136917-3
] [9d45e59e58107917f9d2437b6009156e5f1bd77969e930be85a5d914f2b230446df
409b5e66ad41cf966d5dbe53b1bc83c439f51415886c0a247e7b9ab208071]]

---

# Verified Signature(s)

**Document No:** 39136917
**Document description:**Main Document
**Original filename:**C:\fakepath\1-2024-12-06 Notice of Removal.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/6/2024] [FileNumber=39136917-0
] [0679f69bcfd8c30e7776376338dc3f50d465874f7ce5e4c1bc7230f4fbd7669562e
8811f92bd581895b54221218016d7163088b08d34b173c0c681333aff18b2]]

**Document No:** 39136917
**Document description:**Civil Cover Sheet
**Original filename:**C:\fakepath\2024-12-06 Civil Cover Sheet.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/6/2024] [FileNumber=39136917-1
] [2b371bedbf34b71f399afc1f57fb3a7bd85f9d03b8294f4f39fb35f0a53eefd3881
04cb866cc481f452867bc2aa82e6fb4f5cd79faa090783a74b0256fadd94e]]

**Document No:** 39136917
**Document description:**Declaration Declaration of Matthew Rubin
**Original filename:**C:\fakepath\4-2024-12-06 SIGNED Dec of Rubin.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/6/2024] [FileNumber=39136917-2
] [98ea46ada087d5463605ba28868970eabdd0588a992978e3ed8137c312c0228ac0c
7e79281711ef794508080240b7e077a628d073a1ef2ddf288690b09a13b53]]

**Document No:** 39136917
**Document description:**Declaration Declaration of Kristin A. Ingulsrud
**Original filename:**C:\fakepath\3-2024-12-06 Declaration of Ingulsrud.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=12/6/2024] [FileNumber=39136917-3
] [9d45e59e58107917f9d2437b6009156e5f1bd77969e930be85a5d914f2b230446df
409b5e66ad41cf966d5dbe53b1bc83c439f51415886c0a247e7b9ab208071]]

---

# The documents signatures are the same

---

If the list of cases shown above is incorrect, click the back button of the browser to change it.

EXHIBIT : PAGE 13

# EXHIBIT 3.1

1

**PROOF OF SERVICE**
*Stephen Chapman v. Horace Mann Property, et al. | Case No. 24STCV27909*

2

3   I am over 18 years of age and not a party to this action.  I am employed in Los Angeles, California. My business address is 550 S. Hope Street, Suite 2200, Los Angeles, California 90071,

4   my email: connie.spears@fmglaw.com.

5   On December 5, 2024, I served a copy of the document(s) titled **ANSWER OF HORACE MANN PROPERTY AND CASUALTY INSURANCE COMPANY TO FIRST AMENDED**

6   **COMPLAINT** in the manner described below:

7

8   **STEPHEN CHAPMAN, IN PRO PER**
    7917 Selma Avenue 336

9   Los Angeles, CA 90046
    T: 619.550.7543

10  **stefinchapman@outlook.com**

11

12  ☒   **(BY MAIL)** I deposited such envelope(s) in the mail at Los Angeles, California.  The

13      envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that

14      practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am

15      aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

16  ☐   **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection

17      following ordinary business practices, at the business offices of FREEMAN MATHIS & GARY, LLP and addressed as shown on the attached service list, for collection and delivery

18      by FEDEX to receive said documents, with delivery fees provided for.  I am readily familiar with the practices of FREEMAN MATHIS & GARY, LLP for collection and

19      processing of documents for overnight delivery and said envelope(s) will be deposited for receipt by FEDEX on said date in the ordinary course of business.

20  ☐   **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand to the

21      offices of the addressee(s).

22  ☒   **(BY-E-MAIL)** I caused a copy of the document(s) to be sent from e-mail address connie.spears@fmglaw.com to the person(s) at the email address(es) listed in the attached

23      Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

24  ☒   **(STATE)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

25

26  Executed on December 5, 2024, at Houston, Texas.

27  _____
    Connie Spears

28

Freeman Mathis
& Gary, LLP
Attorneys at Law

PROOF OF SERVICE

Exh. B - 26





DOWNLOADED FROM
LASC CASE DOCUMENT

FREEMAN MATHIS & GARY, LLP
Marc J. Shrake, SBN 219331
mshrake@fmglaw.com
Kristin A. Ingulsrud, SBN 294532
kristin.ingulsrud@fmglaw.com
550 South Hope Street, Suite 2200
Los Angeles, CA 90071
T.: 213.615.7000 | F: 833.264.2083

Electronically FILED by
Superior Court of California,
County of Los Angeles
12/05/2024 4:41 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By R. Sanchez, Deputy Clerk

Attorneys for Defendant Horace Mann Property
and Casualty Insurance Company

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
### FOR THE COUNTY OF LOS ANGELES

STEPHEN CHAPMAN,

Plaintiff,

v.

HORACE MANN PROPERTY &
CASUALTY INSURANCE
COMPANY,

Defendant.

**CASE NO. 24STCV27909**
Honorable Michael Shultz
Department 40

**ANSWER OF HORACE MANN PROPERTY AND CASUALTY INSURANCE COMPANY TO FIRST AMENDED COMPLAINT**

Complaint filed: October 24, 2024
First Amended Complaint filed: November 14, 2024
Trial Date: None

Defendant HORACE MANN PROPERTY AND CASUALTY INSURANCE COMPANY ("Horace Mann") answers the First Amended Complaint ("Complaint") filed by Plaintiff STEPHEN CHAPMAN ("Chapman") as follows:

**GENERAL DENIAL**

Under California Code of Civil Procedure § 431.30(d), Horace Mann denies each and every allegation and claim in the Complaint, all and singular, general and specific, and denies that Chapman has been damaged, or has sustained any injury, damages, or loss, by reason of any act or omission by Horace Mann or its agents, representative servants, or employees.

//

1

**DEFENDANT HORACE MANN'S ANSWER TO FAC**

---

MAILED FROM
DEFENDANT:
IMPROPER SERVICE

FREEMAN MATHIS & GARY, LLP
Marc J. Shrake, SBN 219331
mshrake@fmglaw.com
Kristin A. Ingulsrud, SBN 294532
kristin.ingulsrud@fmglaw.com
550 South Hope Street, Suite 2200
Los Angeles, CA 90071
T.: 213.615.7000 | F: 833.264.2083

EXHIBIT
MAILED
TO PLAINTIFF

Attorneys for Defendant Horace Mann Property
and Casualty Insurance Company

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

STEPHEN CHAPMAN,

Plaintiff,

v.

HORACE MANN PROPERTY &
CASUALTY INSURANCE
COMPANY,

Defendant.

CASE NO. 24STCV27909
Honorable Michael Shultz
Department 40

ANSWER OF HORACE MANN PROPERTY AND CASUALTY INSURANCE COMPANY TO FIRST AMENDED COMPLAINT

Complaint filed: October 24, 2024
First Amended Complaint filed: November 14, 2024
Trial Date: None

Defendant HORACE MANN PROPERTY AND CASUALTY INSURANCE COMPANY ("Horace Mann") answers the First Amended Complaint ("Complaint") filed by Plaintiff STEPHEN CHAPMAN ("Chapman") as follows:

GENERAL DENIAL

Under California Code of Civil Procedure § 431.30(d), Horace Mann denies each and every allegation and claim in the Complaint, all and singular, general and specific, and denies that Chapman has been damaged, or has sustained any injury, damages, or loss, by reason of any act or omission by Horace Mann or its agents, representative servants, or employees.

//

1

DEFENDANT HORACE MANN'S ANSWER TO FAC

**PROOF OF SERVICE**

*Stephen Chapman v. Horace Mann Property, et al. | Case No. 24STCV27909*

I am over 18 years of age and not a party to this action. I am employed in Los Angeles, California. My business address is 550 S. Hope Street, Suite 2200, Los Angeles, California 90071, my email: connie.spears@fmglaw.com.

On December 5, 2024, I served a copy of the document(s) titled **ANSWER OF HORACE MANN PROPERTY AND CASUALTY INSURANCE COMPANY TO FIRST AMENDED COMPLAINT** in the manner described below:

> **STEPHEN CHAPMAN, IN PRO PER**
> 7917 Selma Avenue 336
> Los Angeles, CA 90046
> T: 619.550.7543
> stefinchapman@outlook.com

☒ **(BY MAIL)** I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of FREEMAN MATHIS & GARY, LLP and addressed as shown on the attached service list, for collection and delivery by FEDEX to receive said documents, with delivery fees provided for. I am readily familiar with the practices of FREEMAN MATHIS & GARY, LLP for collection and processing of documents for overnight delivery and said envelope(s) will be deposited for receipt by FEDEX on said date in the ordinary course of business.

☐ **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

☒ **(BY-E-MAIL)** I caused a copy of the document(s) to be sent from e-mail address connie.spears@fmglaw.com to the person(s) at the email address(es) listed in the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 5, 2024, at Houston, Texas.

_____
Connie Spears

Freeman Mathis
& Gary LLP
Attorneys at Law

PROOF OF SERVICE

**PROOF OF SERVICE**

*Stephen Chapman v. Horace Mann Property, et al. | Case No. 24STCV27909*

I am over 18 years of age and not a party to this action. I am employed in Los Angeles, California. My business address is 550 S. Hope Street, Suite 2200, Los Angeles, California 90071, my email: connie.spears@fmglaw.com.

On December 5, 2024, I served a copy of the document(s) titled **ANSWER OF HORACE MANN PROPERTY AND CASUALTY INSURANCE COMPANY TO FIRST AMENDED COMPLAINT** in the manner described below:

> **STEPHEN CHAPMAN, IN PRO PER**
> 7917 Selma Avenue 336
> Los Angeles, CA 90046
> T: 619.550.7543
> stefinchapman@outlook.com

☒ **(BY MAIL)** I deposited such envelope(s) in the mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of FREEMAN MATHIS & GARY, LLP and addressed as shown on the attached service list, for collection and delivery by FEDEX to receive said documents, with delivery fees provided for. I am readily familiar with the practices of FREEMAN MATHIS & GARY, LLP for collection and processing of documents for overnight delivery and said envelope(s) will be deposited for receipt by FEDEX on said date in the ordinary course of business.

☐ **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

☒ **(BY-E-MAIL)** I caused a copy of the document(s) to be sent from e-mail address connie.spears@fmglaw.com to the person(s) at the email address(es) listed in the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 5, 2024, at Houston, Texas.

_____
Connie Spears

Freeman Mathis
& Gary LLP
Attorneys at Law

PROOF OF SERVICE



2024-12-05 Def Horace Answer to FAC.p...    ↓ Download    🖶 Print    ☁ Save to OneDrive                                    ⬚ Hide email    ⤢    ✕

1  FREEMAN MATHIS & GARY, LLP
2  Marc J. Shrake, SBN 219331
   mshrake@fmglaw.com
3  Kristin A. Ingulsrud, SBN 294532
   kristin.ingulsrud@fmglaw.com
4  550 South Hope Street, Suite 2200
   Los Angeles, CA 90071
5  T.: 213.615.7000 | F: 833.264.2083
6
7  Attorneys for Defendant Horace Mann Property
   and Casualty Insurance Company
8
           SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                FOR THE COUNTY OF LOS ANGELES

10  STEPHEN CHAPMAN,                CASE NO. 24STCV27909
                                    Honorable Michael Shultz
11            Plaintiff,            Department 40

12       v.                         ANSWER OF HORACE MANN PROPERTY AND
                                    CASUALTY INSURANCE COMPANY TO FIRST
13  HORACE MANN PROPERTY &          AMENDED COMPLAINT
    CASUALTY INSURANCE
14  COMPANY,                        Complaint filed:  October 24, 2024
                                    First Amended Complaint filed:  November 14, 2024
15            Defendant,            Trial Date:  None
16
17
18
19
20  Defendant, HORACE MANN PROPERTY AND CASUALTY INSURANCE

---

**Stephen Chapman v. Horace Mann Property, et al. | Case No. 24STCV27909 | Answer to FAC | 117684** ⌄

📎  📄 2024-12...FAC.pdf

🗣 **Summary by Copilot**                                    ✕

CS  Connie Spears<connie.spears@fmglaw.com>                ↩ ↩ ↪ ⋯
    To:  You                                          Thu 12/5/2024 4:26 PM
    Cc:  Kristin A. Ingulsrud;  Marc J. Shrake

ⓘ  You forwarded this message on Fri 12/6/2024 6:17 PM

📄 2024-12-05 Def Horace Ans...  ⌄
   78 KB

**Counsel,** attached for electronic email service, please find the following document:

**ANSWER OF HORACE MANN PROPERTY AND CASUALTY INSURANCE COMPANY TO FIRST AMENDED COMPLAINT**

Thank you,
**Connie Spears**
Legal Secretary
Freeman Mathis & Gary, LLP
550 South Hope Street | Suite 2200 | Los Angeles, CA 90071-2631
D: 213-615-7046
Email: connie.spears@fmglaw.com
www.fmglaw.com | Instagram | Twitter | Facebook

FMG LAW  Freeman Mathis & Gary LLP
**When It Counts**

AZ | CA | CO | CT | DE | FL | GA | IL | IN | KY | MA | NJ | NM | NV | NY | OH | PA | RI | TN | TX | WA

Please read this important notice and confidentiality statement

# EXHIBIT 3.2

A)  Attorney Marc Shrake Email addressed to "Legal
Secretary" Instructing [her] to change, alter, or
otherwise add details requiring CM/ECF access to his
specific details.


B) Attorney Kristin Ingulsurd states in an email
address to Plaintiff "I need to to get it to my
assistant.....she has my login info."

2/24/25, 6:36 PM          Re: Chapman v. Horace Mann - Notice of Removal plus supporting docs | Central District Court | 117684 - Stephen Chapman - Outl…

 Outlook

## Re: Chapman v. Horace Mann - Notice of Removal plus supporting docs | Central District Court | 117684

**From** Marc J. Shrake <MShrake@fmglaw.com>

**Date** Fri 12/6/2024 5:36 PM

**To**   Connie Spears <connie.spears@fmglaw.com>

**Cc**   stefinchapman@outlook.com <stefinchapman@outlook.com>; Kristin A. Ingulsrud
        <kristin.ingulsrud@fmglaw.com>

Please send me file marked copies of everything. I did not receive any notice from the court. Please make sure that I am listed as a lawyer on the case with my email address so that I get everything that's filed. Thank you.

Marc

Marc J Shrake
310-892-3759

Mobile phone communication.  Please excuse brevity and typos.

On Dec 6, 2024, at 18:23, Connie Spears <connie.spears@fmglaw.com> wrote:

**Mr. Stephen Chapman,** attached for electronic email service, please find the following documents:

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441
CIVIL COVER SHEET
CERTIFICATE AND NOTICE OF INTERESTED PARTIES
DECLARATION OF KRISTIN INGULSRUD IN SUPPORT OF NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441
DECLARATION OF MATTHEW RUBIN IN SUPPORT OF NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441

Hard copies will follow via U.S. Mail.

Thank you
**Connie Spears**

Legal Secretary
**Freeman Mathis & Gary, LLP**
550 South Hope Street | Suite 2200 | Los Angeles, CA 90071-2631
D: 213-615-7046
Email: connie.spears@fmglaw.com
www.fmglaw.com | Instagram | Twitter | Facebook

about:blank?windowId=SecondaryReadingPane4                                                                 1/2

**23** Exh. 3.2 A                                                                 **2**

**From:** Kristin A. Ingulsrud
**Sent on:** Tuesday, January 14, 2025 3:40:13 PM
**To:** Stephen Chapman
**Subject:** RE: 2025-01-14 Joint Stip re Rule 26(f) Report(29176217.1).docx

Thanks, I just received the email.  The court needs to grant leave to file an amended complaint at this point because an answer was already filed, so the first amended complaint is still the operative complaint for purposes of the Joint Report.

Do you wish to file a stipulation today requesting more time to sort out the issues in the Joint Report?  I need to know ASAP because I need to get it to my assistant before she leaves since she has my login info.

### Kristin A. Ingulsrud
Senior Counsel
**Freeman Mathis & Gary, LLP**
**550 South Hope Street | 22nd Floor | Los Angeles, CA 90071-2631**
**D:** 213-615-7056 | **C:** 909-210-2763
Email: kristin.ingulsrud@fmglaw.com
www.fmglaw.com | Instagram | Twitter | Facebook



AZ | CA | CO | CT | DE | FL | GA | IL | IN | KY | MA | NJ | NM | NV | NY | OH | PA | RI | TN | TX | WA
Please read this important notice and confidentiality statement

---

**From:** Stephen Chapman <stefinchapman@outlook.com>
**Sent:** Tuesday, January 14, 2025 3:33 PM
**To:** Kristin A. Ingulsrud <kristin.ingulsrud@fmglaw.com>
**Subject:** Re: 2025-01-14 Joint Stip re Rule 26(f) Report(29176217.1).docx

> **Caution:** This email originated from outside of the FMG organization. **Do not click links** or **open attachments** unless you recognize the sender and know the content is safe.

You haven't received the SAC? Thats interesting. I sent it through service again. You should receive an email soon; but you should have earlier this month already. ill look further into that. Yes, it would be good to review as it delves into the nuance of this case. You know what they say, "the devils in the details."

Also, attached is all sections with my notes:

Stephen Chapman, B.Sc., AA
Medical Device Sales Manager, Los Angeles CA
C| +1 619-550-7543
E| Stefinchapman@outlook.com
*"I have no special talents, I am but only passionately curious."*

-Albert Einstein

Exh. 3.2 B

# EXHIBIT 4

**PLEASE REFER**

**TO DKT. NO. 34,**

**34-1,2**