STEPHEN CHAPMAN
7917 Selma Ave, Unit 336
Los Angeles, CA 90046
619-550-7543
StefinChapman@outlook.com
**Plaintiff Pro Se**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CHAPMAN,<br><br>Plaintiff,<br><br>vs.<br><br>HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY, et al<br><br>Defendant | Cs. No.: 2:24-CV-10546-MWF-BFM<br>Hon. Michael W. Fitzgerald<br><br><br>**PLAINTIFF'S SUPPLEMAENTAL MOTION TO REMAND FOR UNTIMELY REMOVAL AND FAILURE TO NOTIFY STATE COURT** |

*Fraus Omnia Vitiat*

**TO THE HONROABLE COURT AND COUNSEL,**

I, **Stephen Chapman**, declare and state as follows:

**1. Forum Defendant Named on State Court Docket Pre-Removal**

Prior to Defendant's filing of the Notice of Removal, **Raymond Pruitt**, California-licensed insurance agent, is explicitly named as a defendant on the docket of the Los Angeles County Superior Court (Case No. 24STCV27909). The state court had accepted filings identifying Mr. Pruitt and calendared a motion hearing to formally

grant leave to amend and join Mr. Pruitt as a party defendant. **This hearing was duly noticed and pending adjudication, preserving my statutory right under California law** to join the forum defendant. See Plaintiff's operative **Fourth Cause of Action**.[1]

1. **Defunct Entity and Active Licenses**

**Mr. Pruitt's agency operated under Educators Insurance Sales LLC, https://agents.horacemann.com › RayPruitt,  Los Angeles County California Blvd, Claremont, CA 91711, with an active status and appointment to transact on behalf of Horace Mann Property & Casualty Insurance Company and related insurers. Despite this, corporate records from the California Secretary of State confirm that Educators Insurance Sales, LLC has been administratively dissolved or suspended under Entity No. 200926510090, meaning Mr. Pruitt transacted business outside the bounds of an active California corporate entity, violating Cal. Ins. Code §§ 1724–1725 and Cal. Corp. Code §§ 200–203, 2205.**

## ABOUT THE BUSINESS

Horace Mann Educators Corporation employs a hybrid business model that leverages both *corporate infrastructure and independent agency networks* to deliver insurance and financial services, with a particular emphasis on serving educators and public sector employees. In California, *this model is operationalized through partnerships* with small

---

[1] Plaintiff's **FOURTH CAUSE OF ACTION: Negligent Misrepresentation** "Plaintiff incorporates all preceding paragraphs as though fully set forth herein. Defendant negligently misrepresented the status of Plaintiff's payments, policy, and coverage through its agents. These misrepresentations caused Plaintiff financial losses and emotional distress."

**SUPPLEMENTAL MOTION:
REMAND FOR UNTIMELY REMOVAL AND FAILURE TO NOTIFY STATE COURT**

- 2 -

business owners, including licensed insurance brokers and agencies, who function as exclusive agents within their communities.

2. **Agency Model and Community Integration: Horace Mann offers** *selected candidates the opportunity to establish their* own agencies, **backed by a robust support structure. This includes access to a defined niche customer base, proven market access strategies, and support from leadership teams and corporate resources. The company provides a clear career path for those willing to work diligently and learn, offering** competitive compensation **and the chance to assist educators in protecting their current assets and preparing for a successful future.**

3. **California Market Presence: In California, Horace Mann** actively recruits agents **across various regions, including Bakersfield, Baldwin Park, and Chula Vista. These agents are instrumental in delivering Horace Mann's suite of products and services to local communities, particularly focusing on the educational sector.**

4. **Regulatory Compliance and Oversight: Horace Mann's operations in California are subject to oversight by the** California Department of Insurance. **The company is listed among the licensed insurers authorized to sell residential insurance products in the state, ensuring compliance with state regulations and standards.**

5. **Conclusion**

    The Defendant has made remarks as to dismiss the Agent's LLC, because of the legal implications it has on the matter -- however, this would be a foolish

presumption that undermines the entire business strategy of Horance Mann Insurance, since inception. It's actually a part of the reason I initially sought Horace Mann; I've come to learn very differently from what was expected. The Name Raymond Pruitt and Entity 'Educators Insurance Sales LLC' is splashed across all billing notices, policy documents and Horace Mann's Website.

Horace Mann's business model in California exemplifies a strategic integration of corporate support and local agency entrepreneurship. By empowering small business owners to serve as exclusive agents, the company effectively extends its reach into communities, particularly within the educational sector, while maintaining compliance with state regulatory frameworks.

### A. CALIFORNIA REGULATORY FRAMEWORK AND CDI ENFORCEMENT

This matter implicates systemic violations under **California Insurance Code §§ 700, 790.03(h), 790.034, 880, and 1871.3(a), as well as Vehicle Code § 11515(b)**. The California Department of Insurance (CDI) has already issued formal Orders to Show Cause and administrative penalties (**CDI File No. UPA 2006-00004**) against Horace Mann for:

- **Failing to maintain complete claims records (10 C.C.R. § 2695.3(a));**
- **Failing to disclose or explain policy benefits (10 C.C.R. § 2695.4(a));**
- **Misrepresenting policy valuations and payments (10 C.C.R. § 2695.8(b));**
- **Failing to adopt and implement fair investigation standards (Cal. Ins. Code § 790.03(h)(3)); and**
- **Failing to conduct business under the insurer's own name (Cal. Ins. Code § 880).**

### B. STATE JURISDICTIONAL PRIORITY AND ABSTENTION DOCTRINE

Given the CDI's historical findings, prior penalties, and active regulatory oversight, the **California Superior Court** is the **superior forum for adjudication**. Under **Burford v. Sun Oil Co.**, 319 U.S. 315 (1943), and Ninth Circuit authority (**United States v. Morros**, 268 F.3d 695, 703 (9th Cir. 2001)), **Legal Authority for Remand and Reconsideration.**[2]

Under **28 U.S.C. § 1441(b)(2)**, removal was barred due to the presence of a properly joined and actively engaged forum defendant. Even absent formal service, Ninth Circuit precedent — including **Hunter v. Philip Morris USA**, 582 F.3d 1039 (9th Cir. Cease); **Midwest Transit, Inc. v. Hicks**, 79 F.4th 1048 (9th Cir. 2023); and **Lively v. Wild Oats Markets, Inc.**, 456 F.3d 933 (9th Cir. 2006) — establishes that active joinder efforts preclude removal and that procedural defects mandate remand under **28 U.S.C. § 1447(c)**. Reconsideration is proper under **FRCP 54(b)**, **60(b)(1)**, and **60(d)(3)** to correct error, address newly confirmed facts, and prevent fraud on the court.

## DECLARATION

I, **Stephen Chapman**, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 7, 2025, in Los Angeles, California.

*/s/ Stephen Chapman*

**Stephen Chapman**
Plaintiff, Pro Se

---

[2] federal courts should abstain where intervention would interfere with state regulatory regimes. California state courts possess specialized jurisdiction over insurance regulatory disputes and are better positioned to coordinate adjudication with CDI enforcement actions.

4/28/25, 7:03 PM Activity in Case 2:24-cv-10546-MWF-BFM Stephen Chapman v. Horace Mann Property and Casualty Insurance Company Declarati…

Case 2:24-cv-10546-MWF-BFM Document 47-4 Filed 05/11/25 Page 6 of 13 Page ID #:1366

Outlook

## Activity in Case 2:24-cv-10546-MWF-BFM Stephen Chapman v. Horace Mann Property and Casualty Insurance Company Declaration

| | |
|---|---|
| From | cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov> |
| Date | Mon 4/28/2025 6:06 PM |
| To | ecfnef@cacd.uscourts.gov <ecfnef@cacd.uscourts.gov> |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 4/28/2025 at 6:06 PM PDT and filed on 1/30/2025

**Case Name:** Stephen Chapman v. Horace Mann Property and Casualty Insurance Company
**Case Number:** [2:24-cv-10546-MWF-BFM](#)
**Filer:** Stephen Chapman
**Document Number:** [42](#)

**Docket Text:**
**DECLARATION OF STEPHEN R. CHAPMAN IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE ALL FEDERAL ACTIONS & FOR SANCTIONS AGAINST DEFENSE COUNSEL filed by Plaintiff Stephen Chapman. [Late Docketing Due to Clerks Office Error] (iv)**

**2:24-cv-10546-MWF-BFM Notice has been electronically mailed to:**

Kristin A Ingulsrud    kristin.ingulsrud@fmglaw.com, connie.spears@fmglaw.com

Marc J. Shrake    mshrake@fmglaw.com, slovos@fmglaw.com

Stephen Chapman    stefinchapman@outlook.com

**2:24-cv-10546-MWF-BFM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

4/28/25, 7:03 PM
Activity in Case 2:24-cv-10546-MWF-BFM Stephen Chapman v. Horace Mann Property and Casualty Insurance Company Declarati…

Case 2:24-cv-10546-MWF-BFM Document 47-4 Filed 05/11/25 Page 7 of 13 Page
ID #:1367

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\LA24CV10546MWF-DECLARATION (LATE DOCKETTING).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/28/2025] [FileNumber=40006546-0
] [c2ebbbd5a6a0affe3ffb013fc4f608c6d89e261db8f6d341fbaff2e8764ecd9a8bb
6c8783eec77d95e31cb3675cc29cb9bd0df39464c54b400ae5bdae2978e0d]]



# ONLINE SERVICES
# Case Access



**LANGUAGE ACCESS**
English

PRINT    NEW SEARCH

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 24STCV27909
STEPHEN CHAPMAN VS HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 10/24/2024
**Case Type:** Insurance Coverage (not complex) (General Jurisdiction)
**Status:** Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**04/29/2025** at 08:45 AM in Department 40 at 111 North Hill Street, Los Angeles, CA 90012
Hearing on Motion for Order Striking Defendant's Notice of Removal, Grant Leave to Amend Complaint, and Remand Case to State Court

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

CHAPMAN STEPHEN - Plaintiff
HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY - Defendant
INGULSRUD KRISTIN - Attorney for Defendant
PRUITT RAYMOND DBA RAYMOND PRUITT - Defendant

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

Documents Filed (Filing dates listed in descending order)

84 Plaintiff incorporates all preceding paragraphs as though fully set forth herein. Defendant owed Plaintiff
85 a duty of good faith and fair dealing under the insurance contract. Defendant breached this duty by
86 wrongfully canceling Plaintiff's policy and denying his claim, acting in bad faith and violating
87 **California Insurance Code § 1861.03**. As a result of Defendant's bad faith conduct, Plaintiff suffered
88 financial losses, emotional distress, and lost benefits.

89 **THIRD CAUSE OF ACTION: Fraud and Intentional Misrepresentation**

90 Plaintiff incorporates all preceding paragraphs as though fully set forth herein. Defendant knowingly
91 made false representations regarding Plaintiff's policy status, including falsified transaction records and
92 claims of declined payments. Defendant presented fraudulent records to Plaintiff and the California
93 Department of Insurance to justify the wrongful cancellation. Defendant's fraudulent conduct was
94 intended to deceive Plaintiff, causing Plaintiff financial harm and emotional distress.

95 **FOURTH CAUSE OF ACTION: Negligent Misrepresentation**

96 Plaintiff incorporates all preceding paragraphs as though fully set forth herein. Defendant negligently
97 misrepresented the status of Plaintiff's payments, policy, and coverage through its agents. These
98 misrepresentations caused Plaintiff financial losses and emotional distress.

99 **FIFTH CAUSE OF ACTION: Breach of Fiduciary Duty**

100 Plaintiff incorporates all preceding paragraphs as though fully set forth herein. Defendant owed Plaintiff
101 a fiduciary duty to act in good faith and exercise reasonable care in handling his policy and claims.
102 Defendant breached this duty by wrongfully canceling the policy, misrepresenting payment records, and
103 failing to properly investigate Plaintiff's claims. As a result, Plaintiff suffered financial harm and
104 emotional distress.

105 **SIXTH CAUSE OF ACTION: Malfeasance**

106 Plaintiff incorporates all preceding paragraphs as though fully set forth herein.
107 Defendant engaged in malfeasance, including submitting fraudulent documents and misrepresenting
108 payment status to justify wrongful cancellation. This conduct caused Plaintiff significant financial losses
109 and emotional distress.

110 **SEVENTH CAUSE OF ACTION: Oppressive Conduct**

4

**Complaint for Breach of Contract, Bad Faith, Fraud, and Related Causes of Action**

# RE: EXTERNAL: Re: Your Horace Mann Personal Auto Insurance Quote

**From:** Pruitt, Raymond Raymond.Pruitt@horacemann.com
**To:** Stephen Chapman stephen__chapman@outlook.com
**Date:** Wed, Jan 5, 2022, 4:24 PM

For the auto insurance, please choose the down payment and monthly schedule:
- $626.73 down and the balance of 626.85 due in approximately 90 days or
- 213.78 down and $104.88 every 2 weeks or
- $213.70 down and $260.72 for 6 months.

Thank you,

Ray

Ray Pruitt
**office 909-625-5500**
**fax 909-992-3154**
**Agent License #0D67347**
https://go.oncehub.com/RayPruitt

---

**From:** Stephen Chapman stephen__chapman@outlook.com
**To:** Pruitt, Raymond Raymond.Pruitt@horacemann.com
**Date:** Wed, Jan 5, 2022, 4:36 PM

**Hi ray,**

**Let's move forward with option 3**
**$213.70 down and $260.72 for 6 months.**

**Thanks**

Get [Outlook for iOS](#)

---

**From:** Pruitt, Raymond Raymond.Pruitt@horacemann.com
**To:** Stephen Chapman stephen__chapman@outlook.com
**Date:** Thu, Jan 6, 2022, 9:19 AM

Yes sir!

**office 909-625-5500**

**fax 909-992-3154**

**Agent License #0D67347**

https://go.oncehub.com/RayPruitt

---

From: **Pruitt, Raymond** Raymond.Pruitt@horacemann.com
To: **Stephen Chapman** stephen__chapman@outlook.com
Date: **Thu, Jan 6, 2022, 12:48 PM**

Hi Stephen.  What is the best day of the month for your monthly payments to come out of your account?

Ray

Ray Pruitt

**office 909-625-5500**

**fax 909-992-3154**

**Agent License #0D67347**

https://go.oncehub.com/RayPruitt

---

From: **Stephen Chapman** stephen__chapman@outlook.com
To: **Pruitt, Raymond** Raymond.Pruitt@horacemann.com
Date: **Fri, Jan 7, 2022, 2:07 AM**

**hi Ray,**

**The 15th of each month would be great. Thanks**

Get [Outlook for iOS](#)

---

From: **Pruitt, Raymond** Raymond.Pruitt@horacemann.com
To: **Stephen Chapman** stephen__chapman@outlook.com
Date: **Fri, Jan 7, 2022, 10:46 AM**

Done!

Ray Pruitt

**office 909-625-5500**

**fax 909-992-3154**



 License Number
 Individual Name Search
 Business Name Search
 Enforcement Actions

# License Details

**Print or Download License**    **Endorsed Agents**    **Glossary of Terms**    **Collapse All**

## Information

### Name: EDUCATORS INSURANCE SALES, LLC    License #: 0G83988

| License Type and/or Qualification | Original Issue Date | Status | Status Date | Expiration Date |
|---|---|---|---|---|
| Casualty | 01/20/2010 | Active | 08/14/2012 | 01/31/2026 |
| Property | 01/20/2010 | Active | 08/14/2012 | 01/31/2026 |

Business Address: 114 N. INDIAN HILL BLVD U CLAREMONT CA, 91711

Agents: Update your contact and other licensing information.

## Company Appointments

This licensee is authorized to transact on behalf of the following insurers:

Show 10 entries    Search:

| Qualification | Effective Date |
|---|---|
| **DRIVE INSURANCE COMPANY** | |
| Casualty | 11/20/2018 |
| Property | 11/20/2018 |
| **HORACE MANN INSURANCE COMPANY** | |
| Casualty | 09/20/2013 |
| Property | 09/20/2013 |
| **HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY** | |
| Casualty | 09/20/2013 |
| Property | 09/20/2013 |
| **PALOMAR SPECIALTY INSURANCE COMPANY** | |
| Casualty | 12/02/2016 |
| Property | 12/02/2016 |
| **PROGRESSIVE CASUALTY INSURANCE COMPANY** | |
| Casualty | 11/20/2018 |
| Property | 11/20/2018 |

Showing 1 to 10 of 14 entries    Previous | 1 | 2 | Next

**2:24-cv-10546-MWF-BFM** Stephen Chapman v. Horace Mann Property and Casualty Insurance Company
Michael W. Fitzgerald, presiding
Brianna Fuller Mircheff, referral
**Date filed:** 12/06/2024
**Date of last filing:** 04/29/2025

## Docket Information and Related Docket Entries
## Case 2:24-cv-10546-MWF-BFM

**Filed:**           12/06/2024
**Entered:**         12/11/2024
**Entered By:**      Carmen Lujan,
**Event Name(s):**   Amended Complaint
**Full Docket Text:**
CONFORMED COPY OF FIRST AMENDED COMPLAINT against Defendant Horace Mann Property and Casualty Insurance Company amending Complaint - (Discovery), filed by Plaintiff Stephen Chapman. Filed in State Court on 11/14/2024 Submitted with Attachment 3 Exhibit A to Notice of Removal 1 (car)

## Directly Related Docket Entries

**Filed:**           12/06/2024
**Last Updated:**    12/11/2024
**Entered:**         12/11/2024
**Entered By:**      Carmen Lujan,
**Event Name(s):**   Complaint - (Discovery)
**Full Docket Text:**
CONFORMED COPY OF COMPLAINT against Defendants Horace Mann Property and Casualty Insurance Company, filed by Plaintiff Stephen Chapman. Filed in State Court on 10/24/2024 Submitted with Attachment 3 Exhibit A to Notice of Removal 1 (car) Modified on 12/11/2024 (car).

**Filed:**           12/06/2024
**Entered:**         12/11/2024
**Entered By:**      Carmen Lujan,
**Event Name(s):**   Answer to Complaint (Discovery)
**Full Docket Text:**
NON-CONFORMED COPY OF ANSWER to Amended Complaint, filed by Defendant Horace Mann Property and Casualty Insurance Company. Submitted with Attachment 3 Exhibit B to Notice of Removal 1 (car)

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 05/03/2025 02:29:47 | | |
| **PACER Login:** stefingr8 | **Client Code:** | CACDPROS-2SC6EIZ |
| **Description:** Filer List | **Search Criteria:** | 2:24-cv-10546-MWF-BFM |
| **Billable Pages:** 1 | **Cost:** | 0.10 |