STEPHEN CHAPMAN
7917 Selma Ave, Unit 336
Los Angeles, CA 90046
(619) 550-7543
StefinChapman@outlook.com
Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CHAPMAN, | Case No.: 2:24-cv-10546-MWF-BFM |
| Plaintiff, | Hon. Michael W. Fitzgerald |
| vs. | NOTICE OF SERVICE OF LITIGATION PRESERVATION DEMAND |
| HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY, et al | |
| Defendants. | |

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that on May 14, 2025, Plaintiff Stephen Chapman served by electronic mail a **Litigation Preservation Demand** concerning electronically stored information (ESI), metadata, CM/ECF system logs, PACER activity records, and credential usage related to events occurring between **December 6, and December 11, 2024**, in the above-captioned matter.

The preservation demand was issued upon the following recipients:

1

- Kristin A. Ingulsrud (kristin.ingulsrud@fmglaw.com)

- Marc J. Shrake (mshrake@fmglaw.com)

- Central District of California Intake (intake@cacd.uscourts.gov)

Plaintiff further advises the Court and opposing counsel that he intends to issue third-party subpoenas to obtain:

- CM/ECF activity logs and audit trails from the U.S. District Court, Central District of California,

- PACER access logs and system-level metadata, and

- Transactional postage records and mailing metadata from Stamps.com and other identified service vendors.

These subpoenas are being prepared in support of anticipated evidentiary proceedings and motions under **Fed. R. Civ. P. 60(b)(3), 60(b)(4), 60(d)(3), and 28 U.S.C. § 1927.** This notice is filed to preserve procedural transparency and preclude objections based on lack of prior notice under Rule 45(a)(4).

This notice is filed for the purpose of memorializing Plaintiff's good-faith efforts to ensure the preservation of key evidentiary materials relevant to pending proceedings under **Fed. R. Civ. P. 60(b)(4), 60(d)(3),** and the Court's inherent authority.

Dated: May 14, 2025
Respectfully submitted,

_____

**STEPHEN CHAPMAN**
Plaintiff in Pro Per

2

Outlook

## Stamps.com

| | |
|---|---|
| From | Stephen Chapman <stefinchapman@outlook.com> |
| Date | Tue 5/13/2025 8:56 AM |
| To | Marc J. Shrake <mshrake@fmglaw.com>; Kristin A. Ingulsrud <kristin.ingulsrud@fmglaw.com> |

Good Morning Mark and Kristin,

I hope you're both doing well. I wanted to follow up after our recent conversation, during which I raised a question regarding **FMG's process for collecting, handling, and preparing correspondences for mailing** in this case. Specifically, I asked about the internal procedures and personnel involved in managing mailings that support your firm's sworn service declarations.

Marc, you may recall that in response to this inquiry, you stated, *"I don't have to tell you,"* and declined to provide any further information. Out of respect for that position, I did not press the matter at the time. However, due to the direct relevance of this issue to contested service representations, I am now taking appropriate procedural steps to clarify the evidentiary record through third-party discovery.

Pursuant to **Rule 45(a)(4) of the Federal Rules of Civil Procedure**, this serves as **formal notice of my intent to serve a subpoena on Stamps.com** in five (5) calendar days. The subpoena will seek transactional records and metadata related to postage meter numbers and mail processing identifiers cited in service declarations submitted by your firm. These include, but are not limited to:

- Meter #062S0001443186 – USPS First-Class ($0.970, Origin: 90071)

- Meter #063S0001443221 – IMI Postage ($2.040, Origin: 30339)

- Meter #06380001443103 – IMI Postage ($2.590, Origin: 90071)

- Meter #063S0014950427 – IMI Postage ($2.040, Origin: 90071)

This is not an exhaustive list, and the subpoena will cover any postage transactions, meter activity, or user metadata or lack thereof within the relevant period that are reasonably necessary to verify or challenge the authenticity and timing of declared/omitted service events in this case.

Please advise if you object to the scope or timing of this subpoena, or if you wish to confer regarding its contents. Absent such objection, I will proceed with service following the five-day notice period.

Thanks so much.

**Stephen Chapman**

```
                    EXHIBIT 1
          Notice of intent to Subpoena
```

![Outlook] Outlook

---

Preservation Notice – CM/ECF Logs, Metadata, and Credential Use | 2:24-cv-10546-MWF-BFM

---

| | |
|---|---|
| From | Stephen Chapman <stefinchapman@outlook.com> |
| Date | Wed 5/14/2025 8:30 AM |
| To | Kristin A. Ingulsrud <kristin.ingulsrud@fmglaw.com> |
| Cc | intake@cacd.uscourts.gov <intake@cacd.uscourts.gov>; Marc J. Shrake <mshrake@fmglaw.com>; Stephen Chapman <stefinchapman@outlook.com> |

Dear Counsel and Clerk Lujan,

Please see below a formal litigation preservation demand related to material evidence in the above-captioned matter. This notice is being served in advance of evidentiary proceedings and potential sanctions motions concerning docket anomalies, unauthorized use of CM/ECF credentials, misrepresentation of filings, and improper service events.

**Preservation Demand Summary**

You are hereby directed to preserve and not destroy, alter, or overwrite any data, communications, metadata, logs, or electronic records related to:

- CM/ECF docket activity from December 6–11, 2024;
- PACER log and page access history;
- All actions taken by Clerk Carmen Lujan on or about December 11, 2024, concerning ECF Nos. 1–6;
- FMG's internal communications, login logs, and staff CM/ECF usage credentials (including assistants accessing counsel accounts);
- All mailing metadata and postage history (e.g., from Stamps.com, USPS, FedEx) associated with any filings or declarations of service.

This evidence is being preserved for anticipated use in Rule 60(b)(4), 60(d)(3), and FRCP 11(c) proceedings.

A Notice of Service reflecting this demand will be filed on the docket shortly.

Sincerely,
Stephen Chapman
Plaintiff in Pro Per

**EXHIBIT 2**

```
Preservation: Office of the
Clerk of Court Cal. Central District
```