**FREEMAN MATHIS & GARY, LLP**
Marc J. Shrake, SBN 219331
mshrake@fmglaw.com
Kristin A. Ingulsrud, SBN 294532
kingulsrud@fmglaw.com
550 South Hope Street, Suite 2200
Los Angeles, California 90071
T: 213.615.7000 | F: 833.264.2083
Attorneys for Defendant Horace Mann Property
and Casualty Insurance Company

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CHAPMAN,<br><br>       Plaintiff,<br><br>   v.<br><br>HORACE MANN PROPERTY &<br>CASUALTY INSURANCE<br>COMPANY,<br><br>       Defendant. | Case No. 2:24-CV-10546-MWF-BFM<br>District Judge Michael W. Fitzgerald<br><br>**DEFENDANT HORACE MANN'S OPPOSITION TO "MOTION AND MOTION TO STAY ENFORCEMENT OF ORDERS (ECF 43, 44) PENDING RESOLUTION OF PLAINTIFF'S MOTION FOR RECONSIDERATION [FRCP 60(b)(4), 60 (d)(3); DUE PROCESS"**<br><br>Date: June 9, 2025<br>Time: 10:00 a.m.<br><br>Trial: June 16, 2026 |

Horace Mann Property and Casualty Insurance Company ("Horace Mann") respectfully asks the Court to deny Plaintiff's "Motion and Motion to Stay Enforcement of Orders (ECF 43, 44) Pending Resolution of Plaintiff's Motion for Reconsideration [FRCP 60(b)(4), 60 (d)(3); Due Process" ("Motion"). [Docket No. 48.]

Plaintiff's Motion requests that the Court stay its Orders pending the adjudication of Plaintiff's pending Motion for Reconsideration. No reasonable grounds to stay the Orders in Docket No. 43 or No. 44 can be deduced from the Motion.

**HORACE MANN'S OPPOSITION TO MOTION TO STAY**

1    Docket No. 43 is the Court's standard Order/Referral to ADR, with a

2  completion date of March 20, 2026, and a reporting date of April 27, 2026.

3    Docket No. 44 is the Court's standard Order Re Jury Trial, based in part on the

4  Joint Rule 26(f) Report filed back in March.  [Docket No. 28.]

5    In any event, on the hearing date for this Motion, it will be moot, as the

6  Motion for Reconsideration is set for the same date (June 9, 2025).

7    Horace Mann respectfully requests that the Court deny the Motion.

8

9  Dated: May 19, 2025                    **FREEMAN MATHIS & GARY, LLP**

10
                                   By:    /s/ Marc J Shrake _____
11                                         Marc J. Shrake
                                          Attorneys for Defendant
12                                         HORACE MANN PROPERTY AND
                                          CASUALTY INSURANCE
13                                         COMPANY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HORACE MANN'S OPPOSITION TO MOTION TO STAY**